UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC, *et al.*,<br><br>Defendants. | Case No. 20-cv-09247-SI<br><br>**ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 32 |

On December 22, 2020, plaintiff Securities and Exchange Commission ("SEC") filed a motion for a preliminary injunction and appointment of a receiver and noticed the motion for a hearing on January 29, 2021. The SEC also filed an administrative motion to exceed page limits on the briefing for the motion and opposition, and to shorten time on the hearing, requesting that the hearing be set no later than January 29. The SEC asserts that an expedited hearing is necessary because defendants' violations of the securities laws are ongoing and defendants continue to defraud investors by, *inter alia*, raising money from them.

Defendants do not oppose the request to exceed page limits, and as such the request is GRANTED. Defendants oppose the motion to shorten time, stating that they need additional time before the hearing to try to negotiate a consensual resolution of the motion. Defendants have also submitted the declaration of defendant Sanjeev Acharya, the president and CEO of defendant SiliconSage Builders LLC. Acharya states that after the SEC filed the complaint in this case, "SiliconSage raised no funds from individual investors." Acharya Decl. ¶ 3. Acharya also states, "Pending the resolution of the SEC's motion for preliminary injunction, SiliconSage commits not to raise any funds from individual investors absent consent of the SEC," and that "Pending the

resolution of the SEC's motion for preliminary injunction, SiliconSage will not conduct any rollover activity." *Id.* ¶¶ 4-5.

Based upon these representations, the Court concludes that an expedited hearing is not required. The Court sets the following schedule: defendants' opposition is due January 15, 2021; plaintiff's reply is due January 25, 2021; and the hearing is scheduled for February 5, 2021 at 10:00 a.m. <u>Defendants are ordered to ensure that pending the resolution of the SEC's motion for preliminary injunction, defendants shall not raise any funds from individual investors absent consent of the SEC, and defendants will not conduct any rollover activity.</u>

**IT IS SO ORDERED**.

Dated: December 29, 2020

SUSAN ILLSTON
United States District Judge