McDERMOTT WILL & EMERY LLP
MICHAEL A. PIAZZA (State Bar No. 235881)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730
Email: mpiazza@mwe.com

Paul Helms (*Admitted Pro Hac Vice*)
Neha Khandhadia (*Admitted Pro Hac Vice*)
444 West Lake Street
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700
Email: phelms@mwe.com
Email: nkhandhadia@mwe.com

Attorneys for Defendants
SILICON SAGE BUILDERS, LLC and SANJEEV ACHARYA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SILICON SAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>Defendants. | CASE NO. 3:20-CV-09247-SI<br><br>**[PROPOSED]** ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FROM REPRESENTATION OF DEFENDANT SILICONSAGE BUILDERS, LLC BY MCDERMOTT WILL & EMERY LLP |

Having considered the Motion for Withdrawal of Counsel by McDermott Will & Emery LLP, and good cause appearing,

**IT IS HEREBY ORDERED** that McDermott Will & Emery's motion is **GRANTED.**

The Court hereby orders that Michael A. Piazza, Paul Helms, and Neha Khandhadia of McDermott Will & Emery LLP be permitted to withdraw as counsel of record for Defendant SiliconSage Builders, LLC. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: March 4, 2021

_____
HONORABLE SUSAN ILLSTON