**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714-445-1000
Facsimile:   714-445-1002

Counsel for David Stapleton, Receiver

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>                              Defendants. | Case No. 3:20-cv-09247-SI<br><br>**FIRST QUARTERLY REPORT AND RECOVERY PLAN**<br><br>[No hearing required] |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1
2

**TABLE OF CONTENTS**

**Page**

I.  RECEIVER'S ACTIVITIES AND EFFORTS IN THE FIRST
    QUARTER ................................................................................................. 1

    A.  General Operations of the Receiver ............................................. 1

    B.  Cash on Hand & Receipts & Disbursements ............................... 2

    C.  Receivership Property ................................................................. 3

    D.  Liquidated and Unliquidated Claims Held by the
        Receivership Estate ..................................................................... 3

    E.  Known Creditors ........................................................................... 4

II. ANTICIPATED RECOVERY PLAN ..................................................... 5

    A.  Overview and Preliminary Valuation ........................................... 5

    B.  Recovery Efforts by Project ......................................................... 6

III. MISCELLANEOUS ITEMS ................................................................ 13

    A.  Pending Litigation Against the Receivership Entities for
        Which Insurance Coverage May Be Available .......................... 13

    B.  Issues Regarding Ownership of 2101 Alum Rock LLC ............. 13

    C.  Waiver of the Attorney-Client Privilege of the Receivership
        Entities ...................................................................................... 14

    D.  Status of Obtaining Bank Records from Chase Bank ............... 14

IV. CONCLUSION .................................................................................. 15

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

David Stapleton, the permanent receiver (the "Receiver") appointed by the Court pursuant to the *Order on Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver* (the "Receivership Order") that was entered on February 10, 2021, submits this First Quarterly Report and Recovery Plan to apprise the Court of the actions taken by the Receiver over the past partial quarter to protect and administer the receivership estate, to provide an update to creditors and investors, and to layout the Receiver's general go-forward plan for the receivership estate.  The Receiver requests entry of an order approving this First Quarterly Report and Recovery Plan.

I.      **RECEIVER'S ACTIVITIES AND EFFORTS IN THE FIRST QUARTER**

A.      **General Operations of the Receiver**

This receivership estate involves thirteen different real estate projects in varying stages of completion.  The Receiver is assessing  all assets of the receivership estate on a project-by-project basis to determine the best path forward for each individual project and its ability to produce a recovery for the receivership estate. The Receiver and his team have reached out to all secured creditors to independently confirm the amounts of principal and interest (including default interest) that they report are owed.  The Receiver's team is in the process of (i) reviewing the loan documents to verify that everything was properly documented and perfected, and (ii) negotiating with lenders to preserve any equity that may exist in each project to maximize value for the Receivership Estate. The Receiver has also contacted former key employees and other third parties to collect information about the status of the various projects and to assist in making decisions as to which projects are most worth pursuing to generate recoveries for the receivership estate. In addition to analyzing the underwriting of the SiliconSage real estate projects, the Receiver, his team and his counsel continue to:

- field numerous inquiries from various constituents, including creditors and their counsel, investors and former employees who have information

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

regarding the status of the SiliconSage projects and the history of the company's operations and finances.

- analyze the financial records and bank statements in order to determine the source of the money into the Receivership Entities, as that term is defined in the Order.

- review disbursement of funds to investors, vendors and creditors from each of the Receivership Entities to confirm the accuracy of the reports and records.

As previously reported, the Receiver has preliminarily determined that the data in the accounting system is not complete and has not been reconciled in recent months. The Receiver is working with the former back-office bookkeeping to close the books through December 2020.

The Receiver is also responding to inquiries and a subpoena from the Department of Labor and the Employee Benefit Securities Administration regarding potential outstanding payroll obligations and problems with the 401(k) plan, including the alleged failure to remit contributions deducted from employee's checks. The Receiver believes that SiliconSage Builders was both the plan sponsor and the plan administrator, with ADP acting as a record keeper. The Receiver is attempting to obtain a copy of the plan and information about it so that he can respond to the inquiries of the Employee Benefit Securities Administration. The Receiver will work to wind down the 401(k) plan so that employees can rollover their investments into a qualified plan of their choosing.

The Receiver has engaged Smiley Wang-Ekvall, LLP as counsel to assist with complexities and legal matters related to the Receiver's efforts. The Receiver set up a website for the receivership at www.siliconsagereceivership.com as a resource for investors and creditors.

**B.**    <u>**Cash on Hand & Receipts & Disbursements**</u>

As of the date of appointment, the Receivership Entities had 62 bank accounts at Chase Bank with a cumulative cash balance of -$6,321 (negative balance). The Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

established receivership trust accounts to deposit miscellaneous receipts for the Receivership Entities. Since the date of the Receiver's appointment, the Receiver has collected $25,160.24 and disbursed $4,654.80.  Attached as Exhibit "A" is a summary of cash receipts and disbursements for the receivership period through March 31, 2021.  As stated in the Receiver's Initial Report, there do not appear to be assets that are easily liquidated; however, the summaries in Section II below detail the Receiver's plan to maximize recoveries ("Recovery Plan") for the receivership estate.

      **C.**    **Receivership Property**

The vast majority of the Receivership Property consists of real property assets ranging from pre-entitlement to mid-construction projects. A description of all known Receivership Property is detailed in the Recovery Plan in Section II below.

      **D.**    **Liquidated and Unliquidated Claims Held by the Receivership Estate**

The Receiver believes that there are claims against Sanjeev Acharya and perhaps other officers for breach of fiduciary duty that may be covered by the D&O policy held by SiliconSage Builders.  The policy appears to have a limit of $2 million that is presently being depleted by the fees and costs of Mr. Acharya's counsel in this matter.  Because Mr. Acharya is a chapter 7 debtor, this claim will need to be filed in his bankruptcy case as an action to determine this debt to be nondischargeable.  The Receiver will be seeking approval to pursue this litigation and to employ Brutzkus Gubner, a firm experienced in this type of litigation, on a contingency fee basis.

The Receiver has also identified seven purchase contracts involving sixteen condominium units at Osgood and Almaden that were done in violation of the loan agreements with Acres and not disclosed to the joint venture partner in Osgood and Almaden when it agreed to fund the remaining construction at those projects.  All of them appear to have been done in an attempt by Osgood and Almaden and/or their affiliates to raise money, because they each involve significant deposits that the putative buyers agreed could be immediately released for use by the seller.  The purchase agreements contain addendums that give Osgood and Almaden the right to sell the units for a higher

3

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

price and to pay the buyer the amount of the deposit, plus a return.  The Receiver believes that some or all of these agreements were intended to be loans or investments and will be seeking a Court order recharacterizing some or all of them as unsecured claims.  This would enable the Receiver to free the units for sale at a market price.

The Receiver is still investigating to determine what other claims the receivership estate may hold, but expects to identify additional litigation claims as the administration of the receivership estate progresses.

### E.     Known Creditors

As previously reported, the Receiver has located a list of more than 350 trade creditors who are owed money by one of the Receivership Entities, although the list does not identify which Receivership Entities are liable for each debt and only contains mailing addresses.  Attached as Exhibit "B" is a list of these trade creditors.  This list does not include secured lenders with liens against property of the receivership estate. The Receiver has also located a list that contains approximately 678 investments across approximately 280 individual investors and another list of approximately 107 noteholders. The Receiver reviewed investor lists and the investor portal maintained by the Receivership Entities, which reported the total amount of investments to be approximately $140. 3 million.  Additionally, the records of the Receivership Entities reported the total principal amount of approximately $24.7 related to the 107 notes. It is unclear how recently these figures were updated and if the investment total is net of distributions that may have been made, and the Receiver is in the process of performing an accounting to verify these figures.  Because of concerns for the privacy of these individual investors and noteholders, the Receiver is not attaching these lists to this status report at this time.  This is consistent with the order that the Court recently entered that granted the Receiver's request to submit declarations regarding service on investors without listing all of their names and addresses.  This issue may be revisited as the case progresses.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

## II.   ANTICIPATED RECOVERY PLAN

### A.   Overview and Preliminary Valuation

The Receiver is in the process of developing individual business plans and potential strategies for each specific and standalone project in order to preserve and maximize the value of the assets of the receivership estate. Each project has unique circumstances and is owned by a separate standalone LLC. Attached as Exhibit "C" is a summary of SiliconSage projects and the respective ownership entity. The Receiver has been working diligently to formulate creative strategies and solutions that keep the best interests of the investors and creditors in mind. As part of this process, the Receiver has been in negotiations with certain of the secured creditors and has been analyzing their loans and the overall debt structure of each property to determine which projects are worth administering and to determine ways that the Receiver might increase their value for creditors and investors. The Receiver and counsel have drafted term sheets with certain lenders to detail the terms of the exit strategy, including the timeline, sale guidelines and parameters related to the accrual of interest and default interest in the interim period prior to a sale.  Once agreements are reached with the lenders, the Receiver expects to seek Court approval of them.

At the current time, it appears that the combined gross value for all projects is approximately $220 - 225 million[1] with debt of approximately $184 million,[2] costs to complete of approx. $25 million and property equity – before taking into account investor capital – ranging from approximately $11- $16 million. The Receiver continues to review records and update these estimates based on information available to him and his team.

---

[1] This figure assumes that the Receiver is able to maximize the value of certain projects – including Alum Rock and Little Portugal – by selling the full assemblage of the land (some of which SSB does not own), as discussed further below.

[2] This figure represents known debt as of the date of this report. This figure is subject to change based on new information reported by lenders or provided to the Receiver from other sources including title companies and other creditors, or other documentation found in SSB's files.

1    The Receiver will provide further updates in future reports. Below is an update of

2    current status by project.

3    **B.    Recovery Efforts by Project**

4    The Receiver has identified thirteen (13) properties in the receivership estate and

5    the Receiver and his team are evaluating each property separately. The current status

6    and associated debt of every identified property is outlined in the following:

7         i.    <u>Alum Rock</u> – This project, also known as *Sunset at Alum Rock,* involves

8              plans for an approximately 800-unit development located in San Jose,

9              CA. The project has been submitted to the City and the entitlement

10             process is underway. At the current time, the Receivership Entities only

11             own a portion of the land assembly required to complete this project.  In

12             2018, SiliconSage Fund 1, LLC, a Delaware limited liability company

13             (Series) – Series 4, signed agreements to purchase the other parcels to

14             accommodate the development of this project and it appears that it may

15             have been in default under those agreements when the Receiver was

16             appointed.  The Receiver has listed the parcel owned by the

17             receivership estate and is working with the brokers to attempt to find

18             buyers who may be interested in acquiring the full land-assembly

19             required for this project because that would increase the value for all of

20             the owners. If it is determined there are buyers interested in the full land-

21             assembly, the Receiver will work with the sellers of the adjacent parcels

22             to reinstate the prior agreements and to package up a joint sale, which

23             the Receiver believes is the best way to maximize the sale price for the

24             SiliconSage parcel(s). If it is determined that buyers are not interested in

25             the full land-assembly, or that the sellers of the additional non-

26             SiliconSage parcels are not willing to sell, the Receiver will review the

27             next best plan. Per the Receiver's preliminary review and discussions

28             with lenders, it appears there is $5.5 million of debt on this project. The

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

Receiver is exchanging term sheets with the lender on this project regarding the timeline, the waiver of default interest, and related matters.  In the meantime,  the lender filed a motion with the Court seeking an order requiring the Receiver to account for, segregate, and turn over the rent collected on this property from a commercial tenant. The Receiver has no objection in concept to this request given the lender's assignment of rents provision in its deed of trust and expects that a stipulated order will be submitted to the Court.

ii.     Almaden – This project is a partially-constructed condominium project located in San Jose, CA, and the issues impacting it are largely the same as the Osgood project discussed below.  Both projects were at risk of foreclosure last year when TriGate Capital ("TriGate") agreed to come in as a joint venture partner to fund the remaining construction costs as a preferred equity holder of the owner of the project. The Receiver has had extensive discussions with both TriGate and the secured construction lender, Acres Capital ("Acres"), about funding this project to completion.  For a number of reasons, the Receiver has decided to move forward with Acres and is in the process of finalizing that arrangement, which will then be presented to the Court for approval. The construction is being managed by Suffolk Construction and Acres is making protective advances pending a formal agreement in order to make sure construction continues and in an effort to prevent loss of future value.  Because of their familiarity with this project and their relationships with existing buyers, the SiliconSage Builders sales team has been maintained.  A number of units are already under contract, in compliance with the loan agreement with Acres.  In the near future, the Receiver expects to seek the Court's approval of procedures for the sale of the remaining condominiums in the ordinary course.  The value of this

project will be impacted by the outcome of the Receiver's attempt to recharacterize the questionable purchase agreements affecting this project as unsecured claims.  Per the Receiver's preliminary review and discussions with Acres, it appears there is approximately $41 million of secured debt on this project in favor of Acres, with another $1.8 million in favor of certain investors, although the Receiver is reviewing the circumstances under which those liens arose.  The estimated cost to complete construction is from $15 to $17 million, which does not include accruing interest on the funds that will be used to pay for these costs.

iii.  Balbach – – This project is a fully-built apartment building located in San Jose, CA. The Receiver has engaged a broker and the property is currently listed for sale. Per the Receiver's preliminary review and discussions with lenders, it appears there is approx. $41 million of debt on this project between the secured lender and other liens.  Based on the recommendations of brokers for marketing this project in a manner that will maximize value, the Receiver did an initial call for bids on this project and is currently going through a second round. The Receiver is working with the lender to negotiate loan terms prior to a sale, and term sheets are being exchanged.  The Receiver's goal is to sell the project, minimize additional interest and default interest and maximize the recovery for the investors.  Once the highest and best bid is identified, the Receiver will submit the sale of this project to the Court for approval. Because the Receivership Order gave the Court flexibility in approving the procedures for the sale of real property, the Receiver will be requesting that the Court approve the procedures utilized by the Receiver.

iv.  Franklin (Downtown Gateway) – This project is a fully-built condominium project with retail units on the ground floor, located in Santa Clara, CA.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

There is significant debt associated with the property, and specifically the retail units. The Receiver has engaged a broker and the retail units have been listed for sale. Per the Receiver's preliminary review and discussions with lenders, it appears there is $8.6 million of debt on this project.  The Receiver is negotiating with the lender regarding this project to try to realize value for it.

v.  <u>Little Portugal</u> – This is a fully-entitled project located in San Jose, CA. The receivership estate only owns one of the two parcels needed to complete the project according to the submitted plans.   In 2018, SiliconSage Builders signed an agreement to purchase the adjacent parcel for $4.2 million with a deposit of $126,000.  That agreement was still pending when the Receiver was appointed.  The Receiver has engaged a broker and the parcel has been listed for sale. As with the Alum Rock property described above, the Receiver is working with the brokers to attempt to find buyers who may be interested in acquiring the full land-assembly required for this project. If it is determined there are buyers interested in the full land-assembly, the Receiver will work with the seller of the adjacent parcel to package up a joint sale, which the Receiver believes is the best way to maximize the sale price for the SiliconSage parcel. If it is determined that buyers are not interested in the full land-assembly, or that the seller of the additional non-SiliconSage parcel is not willing to sell, the Receiver will review the next best plan. Per the Receiver's preliminary review and discussions with lenders, it appears there is $2.0 million of debt on this project. Discussions with the lender about a timeline and a favorable modification of the terms of the loan are ongoing.

vi.  <u>Mathilda 2</u> – This property consists of existing structures with both commercial and residential tenants located in Sunnyvale, CA, directly

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

adjacent to the SiliconSage corporate office. The Receiver is collecting rent from the commercial tenants. The residential tenants consist of former SiliconSage employees and they are not currently paying rent. The Receiver is working to establish a rental agreement with the current tenants or a plan to vacate the units. The long-term plan was to entitle this property to build a condominium development. At the time of the Receiver's appointment, the owner was in the process of completing a Specific Plan Amendment to achieve additional density accommodations for the project.  Per the Receiver's preliminary review and discussions with the lenders, it appears there is $5.9 million of debt on this project.  The Receiver is negotiating with the lender about a timeline and favorable loan modifications, with discussions ongoing.

vii.   Monroe (Madison Place) – This project is a fully-built condominium project with retail units on the ground floor that are part of the receivership estate.  The condominium units have already been sold. There is significant debt associated with the retail units. The Receiver has engaged a broker and the retail units have been listed for sale. Per the Receiver's preliminary review and discussions with the lender, it appears there is $6.1 million of debt on this project. The Receiver is negotiating with the lender about a timeline and favorable loan modifications, with discussions ongoing.

viii.   Osgood – The project is similar to Almaden and is a partially-constructed condominium project, although this project is farther along than the Almaden project. The Receiver has determined that there is approximately $45 million in secured debt in favor of Acres, plus a lien of approximately $570,000 in favor of an investor that the Receiver is reviewing.  The estimated cost to complete construction on this project is about $6 to 8 million, although this figure does not include interest on

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

the funds to be borrowed to pay construction costs.  As with the Almaden project, the value of this project will be impacted by the outcome of the motions to recharacterize the suspicious purchase agreements as unsecured claims.  Once an agreement with the existing lender is reached and documented, the Receiver will seek the approval of the Court.

ix.  Osgood 2 – The project has been submitted for entitlement and the approval is almost complete. The property is currently occupied by the warehouse that is needed for the construction of the Osgood project. The property has been listed for sale. Per the Receiver's preliminary review and discussions with lenders, it appears there is $9.3 million of debt on this project.  The Receiver is in discussions with the lender regarding the timeline and the terms of the loan post-receivership.

x.  Peralta (Centerville Station) – The project has been fully entitled. The land has been demolished and trenched. The property has been listed for sale. Per the Receiver's preliminary review and discussions with lenders, it appears there is $16.6 million of debt on this project and discussions with the lender are ongoing.

xi.  Walnut Morgan Hill – The ownership of this entity, which owns a parcel of land in Morgan Hill, CA, is disputed. Prior to the appointment of the Receiver, SiliconSage Builders held the membership interest in this entity.  In September 2020, SiliconSage Builders transferred its membership interest to an investor in the project, allegedly as partial payment of some investments in the SiliconSage Bridge Fund and this entity. The Receiver is reviewing the circumstances surrounding this transfer to determine if it was a constructive or actual fraudulent transfer and to determine whether this entity is properly listed as one of the Receivership Entities.  Per the Receiver's preliminary review and

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

discussions with lenders, it appears there is $1.3 million of debt on this project.

xii.  Hayward – At the time of the Receiver's appointment, there was a sale pending for a townhome located at 106 B Street, Hayward, CA. Pursuant to the terms of the Receivership Order, the Receiver elected to proceed with the sale. The Receiver obtained an order from the Court approving this sale. The sale is expected to generally approximately $450,000 for the receivership estate and is expected to close within the next few weeks.

xiii.  SiliconSage Corporate Office – There is significant debt associated with the property and it has been listed for sale. Per the Receiver's preliminary review and discussions with lenders, it appears there is $4.3 million of debt on this project.  Discussions with the lender are ongoing.

In addition to these assets, there are miscellaneous personal property assets consisting of construction equipment, tools, construction materials, office furniture and equipment, computers and other items.  Some, if not all, of this property may be subject to liens. While the Receiver does not believe there to be significant value attributed to these items, he will determine if there is value in excess of the liens and assess the ability to liquidate these items to generate cash for the receivership estate.  There is also leased equipment that the Receiver is determining whether to retain because it is necessary for the Osgood or Almaden projects or to return .

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

III.   **MISCELLANEOUS ITEMS**

A.   **Pending Litigation Against the Receivership Entities for Which Insurance Coverage May Be Available**

As of the time of the Receiver's appointment, there was litigation pending against it in state court by former employees for alleged wage and hour violations.  The Receiver is informed by the attorney representing the Receivership Entities that a settlement involving the insurance company under which the insurance company would provide funds to settle the litigation was close to being finalized.  The Receiver is likely to seek an order in the near future modifying the injunction in this case to permit these plaintiffs to recover from the insurance policy in exchange for waiving any claims against the receivership estate.

One or more of the Receivership Entities was also a defendant in various construction defect cases or claims.  The Receiver is in the process of getting more information from the attorney who was handling these claims and, similar to the likely treatment with the former employees, may agree to seek an order modifying the injunction to permit the plaintiffs to seek recovery from the applicable insurance policies in exchange for waiving any claim against the receivership estate.

B.   **Issues Regarding Ownership of 2101 Alum Rock LLC**

The Alum Rock project described above was acquired through a newly-formed entity, 2101 Alum Rock, LLC.  The Court recently issued an order granting the Receiver's request to clarify that this entity is one of the Receivership Entities.  Its membership units appear to be held by Alum Rock Development, LLC, another Receivership Entity that was not explicitly listed, and Charles F. Johnisee, as trustee of The Charles F. Johnisee Living Trust dated December 23, 2003 (the "Johnisee Trust").  Mr. Acharya formed Alum Rock Developments, LLC, at the same time that 2101 Alum Rock was formed.  The Johnisee Trust notified the Receiver's counsel on April 24, 2021, that it was exercising its right to purchase the membership interests of Alum Rock Development, LLC, for $100. The Receiver contests its ability to exercise this right given the injunction against interference

with the Receiver contained in the Receivership Order.  The Receiver anticipates this issue may need to be resolved as part of any motion to distribute the net proceeds from the sale of the property owned by 2101 Alum Rock, LLC.  As he did with 2101 Alum Rock, the Receiver may seek entry of an order that makes clear that Alum Rock Development, LLC, is a Receivership Entity.

### C.  Waiver of the Attorney-Client Privilege of the Receivership Entities

Upon his appointment, the Receiver assumed control of the Receivership Entities' attorney-client privilege with their counsel.  The U.S. Attorney's Office has requested that the Receiver waive this privilege.  Given that Mr. Acharya has stipulated to a consent judgment in this case that limits his ability to challenge key allegations, the Receiver believes that a waiver of the privilege is appropriate and upon entry of an order approving this report, intends to waive it.  This waiver would only apply to the Receivership Entities and as to material requested by the U.S. Attorney's Office as part of its investigation.

### D.  Status of Obtaining Bank Records from Chase Bank

Although the Receiver has obtained access to certain of the accounts held at Chase Bank by the Receivership Entities, as of the date of this report, he is having difficulty gaining access to approximately 32 accounts, allegedly because it is Chase's policy to close an account and terminate electronic access when the account has had a negative balance for more than 60 days[3].  Electronic data is significantly more efficient to use and analyze than hard copies of bank statements, deposited items, and cancelled checks.  Consistent with Section III of the Order, the Receiver requests that in approving this Report, the Court order Chase (a) to provide electronic access to all accounts held by the Receivership Entities at Chase Bank in electronic format within 5 days of receipt of this order and (b) place a bar on closing additional accounts during the pendency of the receivership action or until which time the Receiver authorizes Chase to close accounts.

---

[3] The account balances were negative at the time of the Receiver's appointment.

SMILEY WANG-EKVALL, LLP

3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

IV.    **CONCLUSION**

The Receiver requests that the Court enter an order:

(1)    approving this Status Report;

(2)    authorizing the Receiver to waive the attorney-client privilege of the Receivership Entities as to materials requested by the U.S. Attorney's Office as part of its investigation; and

(3)    requiring Chase Bank, N.A. to provide electronic access to all accounts held by the Receivership Entities at Chase Bank within five days of receipt of the Order so requiring and prohibiting Chase Bank from closing any bank accounts until the Receiver authorizes it to do so.

DATED:  April 30, 2021                    Respectfully submitted,

SMILEY WANG-EKVALL, LLP

By:    /s/ Kyra E. Andrassy
KYRA E. ANDRASSY
Attorneys for David Stapleton, Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

EXHIBIT "A"

# EXHIBIT A

Period beginning 2/10/21 - 3/31/21 (Q1 Report)

### RECEIPTS

| | |
|---|---|
| Misc. Receipts / Refunds | 23,660 |
| Rental Income | 1,500 |
| **TOTAL RECEIPTS** | **25,160** |

### DISPURSEMENTS

| | |
|---|---|
| Computer Tech / Software  Expenses | 2,304 |
| General & Admin Expenses | 144 |
| **TOTAL DISPURSEMENTS** | **2,448** |

### TOTAL CASH  22,713

EXHIBIT "B"

# EXHIBIT B

| No. | Creditor | Invoice Balance per SSB |
|----:|----------|------------------------:|
| 1 | 138 Balbach, LLC | 18,871 |
| 2 | 34th Alum Rock Holding Company, LLC | 12,384 |
| 3 | 3PEX | 1,800 |
| 4 | A&D Automatic Gate Company | 69,350 |
| 5 | Able Glass | 998 |
| 6 | Access Hardware Supply | 2,539 |
| 7 | ACIES Engineering | 134,364 |
| 8 | Acies Engineering | 1,600 |
| 9 | ADEMCO INC., DBA ADI | 15,417 |
| 10 | ADP,LLC | 703 |
| 11 | ADR Services | 3,375 |
| 12 | AECOM Technical Services, Inc | 473 |
| 13 | AECOM Technical Services, Inc. | 9,202 |
| 14 | AEI Consultants | 6,100 |
| 15 | Ahern Rentals | 37,435 |
| 16 | Alameda County Water District | 11,743 |
| 17 | Albion Environmental, Inc. | 1,218 |
| 18 | Alcal Speciality Contracting, Inc. | 29,071 |
| 19 | All American Overhead Door | 820 |
| 20 | All Environmental, Inc. | 4,500 |
| 21 | All Seasons Roofing & Waterproofing, Inc. | 75,037 |
| 22 | Almetek Industries, Inc. | 202 |
| 23 | Alpine Pacific Advisors LLC | 1,565 |
| 24 | American Glazing & Aluminum, Inc. | 7,970 |
| 25 | American Woodmark Corporation | 950 |
| 26 | Ames Taping Tools | 2,150 |
| 27 | Angel's Locksmith | 270 |
| 28 | Appel & Henick LLP | 2,104 |
| 29 | ARGUS Software Inc. | 870 |
| 30 | Arrow Asphalt | 2,750 |
| 31 | Artisan Design Group, | 14,552 |
| 32 | Ascent Environmental, Inc. | 24,410 |
| 33 | Atlas Private Security , Inc. | 38,890 |
| 34 | Automatic Data Processing Tax Filing Service | 3,342 |
| 35 | Axent Interior Design | 518 |
| 36 | Azul Works, Inc. | 2,557 |
| 37 | BAFP INC DBA Bay Area Fire Protection | 108 |
| 38 | Barkerblue | 4,494 |
| 39 | Barnhart Economic Services, LLC | 2,100 |
| 40 | Bay Area Fire Protection | 1,244 |
| 41 | Bay Area High Reach, Inc. | 5,013 |
| 42 | Bay Power Inc | 13,535 |
| 43 | Bay Stone | 9,265 |
| 44 | Beam Insurance Administrators LLC | (8,652) |
| 45 | Bear electrical Solutions | 83,468 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 46 | BELFOR USA Group, Inc. | 19,652 |
| 47 | Bell Electrical Supply, Inc. | 860 |
| 48 | Benefit Resource, LLC | 400 |
| 49 | BFFC INC | 152,534 |
| 50 | Big Joe handling Systems,Inc. | 1,000 |
| 51 | Biggs Cardosa Associates, Inc. | 1,762 |
| 52 | BKF Engineers | 81,561 |
| 53 | Black Spectacles | 1,166 |
| 54 | Blackwell General Engineering, Inc. | 32,841 |
| 55 | Bluebeam, Inc. | 16,873 |
| 56 | Bluprint Bound, Inc. | 30,289 |
| 57 | Booster Fuels, Inc. | 2,418 |
| 58 | Borrecco/Killan & Associates, Inc. | 2,380 |
| 59 | Brady Seal, Inc. | 2,215 |
| 60 | Builder's Digital Experience, LLC | 675 |
| 61 | Builder's Drapery Service, Inc. | 4,329 |
| 62 | Building Talent | 47,000 |
| 63 | Business New Magazine | 2,950 |
| 64 | ButterflyMX | 3,030 |
| 65 | Cadworld Infosystems Private LImited | 2,590 |
| 66 | California Air Duct Testers, Inc. | 11,200 |
| 67 | California Cut & Core, Inc. | 7,448 |
| 68 | California Fire Systems Inc. | 72,096 |
| 69 | Callander Associates | 42,330 |
| 70 | Canon Financial Services, Inc. | 607 |
| 71 | Canon Solutions America, Inc. | 7,187 |
| 72 | Carefree Toland pools, Inc. | 83,574 |
| 73 | Carlton Fields | - |
| 74 | CED Bay Area | 34,890 |
| 75 | Charles M Salter Associates Inc. | 77,586 |
| 76 | Chrisp Company | 9,546 |
| 77 | City Of Fremont | 5,687 |
| 78 | City Of Fremont Code Enforcement | 7,400 |
| 79 | City Of Morgan Hill | 45,915 |
| 80 | City Of San Jose | 28,714 |
| 81 | City of santa clara | 480 |
| 82 | City Of Santa Clara Municipal Utilities | 1,190 |
| 83 | City of Sunnyvale-Utilities | 45,929 |
| 84 | Clarivate Analytics (Compumark) Inc. | 1,010 |
| 85 | Cogency Global Inc. | 9,924 |
| 86 | Cogent Communications, Inc. | 6,799 |
| 87 | Community Seva Inc | 1,500 |
| 88 | Concentra | 242 |
| 89 | Construction Testing services, Inc. | 10,223 |
| 90 | Contract Floor Corverings, Inc. | - |
| 91 | CoreLogic Credco, LLC | (133) |
| 92 | Cornish & Carey Commercial, Inc. | 31,541 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 93 | Corodata Shredding, Inc. | 20 |
| 94 | Cortron Systems, Inc. | 1,081 |
| 95 | Costa & Costa LLP | 9,137 |
| 96 | County of santa clara | 809 |
| 97 | Cox, Castle & Nicholson LLP | 18 |
| 98 | CT Corporation | 550 |
| 99 | Custom Tool Repair | 193 |
| 100 | Cypress Group | 40,000 |
| 101 | D & D Windows | 82,666 |
| 102 | Daedalus Structural Engineering, Inc. | 18,125 |
| 103 | David J. Powers & Associates, Inc. | 85 |
| 104 | Davison Associates, Inc. | 20,000 |
| 105 | DBA Bay Area Fire Protection | 1,164 |
| 106 | DCI Engineers | 47,750 |
| 107 | Dell Marketing L.P | 3,297 |
| 108 | Detail Construction & Waterproofing, Inc. | 134,085 |
| 109 | Diamond Doors, Inc. | 422 |
| 110 | Dimetrius Painting II,Inc | 18,760 |
| 111 | Direct Fairways | 850 |
| 112 | DMV | 4,389 |
| 113 | Dollar Rent A Car | 314 |
| 114 | Don Ramatici Insurance, Inc. | (5,347) |
| 115 | Donald Foster D.D.S | 528 |
| 116 | Dowell LLP | 6,100 |
| 117 | Dun & Bradstreet | 33,333 |
| 118 | Dwelling Live, Inc | 5,571 |
| 119 | E.J. Pires Trucking , Inc. | 132 |
| 120 | EBA&M Corporation | 13,006 |
| 121 | EI Engineering, Inc. | 191,190 |
| 122 | Ellie Mae, Inc. | 7,238 |
| 123 | Empire Quality Painting Inc. | 10,000 |
| 124 | EQ Professional Ins. Assoc. | 554,074 |
| 125 | Ewing Irrigation PRD | 490 |
| 126 | Express Fence, LLC | 29,643 |
| 127 | Fast care, Inc. | 1,892 |
| 128 | Fastsigns | 8,907 |
| 129 | FastSpring | 160 |
| 130 | FBA, Inc., Structural Engineers | 141,000 |
| 131 | Ferma Corporation | 1,396 |
| 132 | Firesprink Designs Inc. | 1,950 |
| 133 | First Alarm | 12,010 |
| 134 | First Nations Home Finance | 2,500 |
| 135 | First Trust Alarm Company, Inc. | 63,277 |
| 136 | Fitness Ventures International, LLC | 12,355 |
| 137 | Foster Brothers Security System, Inc. | 15,279 |
| 138 | Fountaine Information Systems, Inc. | 992 |
| 139 | Fox, Wang & Morgan P.C | 18,640 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 140 | Foxspin LLC | 999 |
| 141 | Fremont Peralta Holding Company, LLC | 150,588 |
| 142 | Frontier Building Products Pacific, Inc. | 73,685 |
| 143 | Gaea Global Technologies, Inc. | 22,400 |
| 144 | Garcia's Gutter | 1,248 |
| 145 | Garney Construction | 99,717 |
| 146 | Genesis Capital Group | 4,047 |
| 147 | GeoRestoration, Inc. | 35,817 |
| 148 | Global Equipment Company, Inc. | (577) |
| 149 | Global Software, LLC | 5,056 |
| 150 | GMEI | 91 |
| 151 | GoKeyless.com | 381 |
| 152 | Golden State Reprographics | 144 |
| 153 | Goldenstate Lumber | 3,849 |
| 154 | Google Voice Inc. | 42 |
| 155 | Gordon&Rees | 8,360 |
| 156 | Grainger | 1,566 |
| 157 | Green Team Of San Jose A Waste Connections Company | 8,606 |
| 158 | Groom & Cave, LLP | 1,680 |
| 159 | Hall & Company | 5,200 |
| 160 | Hanna and Van Atta | 142,876 |
| 161 | Harbir K Bhatia | 130,378 |
| 162 | Hard Rock Concrete, Inc. | 334,349 |
| 163 | Hardesty + Associates, Inc. | 2,823 |
| 164 | Harris Blade  Rental | 1,419 |
| 165 | HD Supply Construction And Industrial - White Cap | 5,080 |
| 166 | Heath Stairworks, Inc. | 9,438 |
| 167 | Hedge Point Financial, LLC | 3,500 |
| 168 | Henry C. Levy, Tax Collector, Alameda County | 41,547 |
| 169 | Henry's Kitchen & Bath Refinishing | 685 |
| 170 | High End Development, Inc. | 22,951 |
| 171 | Hilti Inc. | 2,860 |
| 172 | Hohbach-Lewin,inc | 28,649 |
| 173 | Home Site services, Inc. | 16,689 |
| 174 | I Metal, Inc. | 48,223 |
| 175 | Ichor Restoration | 6,300 |
| 176 | Illingworth & Rodkin, Inc. | 8,939 |
| 177 | InFocus Safety Solutions, Inc. | 44,800 |
| 178 | Insight Advisors LLC | 35,000 |
| 179 | Interface Engineering, Inc. | 28,717 |
| 180 | Interior Trim Specialists, Inc. | 18,940 |
| 181 | Internal Revenue Service | 261 |
| 182 | Irvington Business Association | 40 |
| 183 | ITR Cleaning Services | 200 |
| 184 | J R Drywall INC | 2,700 |
| 185 | J&L Sound and Video Security Systems Inc. | 2,000 |
| 186 | J.A.R. Underground Electric, Inc. | 16,539 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 187 | J.R. Corelli Associates, Inc. dba Lakeview Custom Coach | 114,450 |
| 188 | Jalsa Catering & Events | 2,749 |
| 189 | JENSEN HUGHES, INC. | 12,954 |
| 190 | JMH Weiss, Inc. | 48,608 |
| 191 | Johnstone Supply | 1,771 |
| 192 | Joseph J. Albanese, Inc. | 1,309 |
| 193 | K & H Photography | 2,032 |
| 194 | Kaiser Foundation Health Plan | 365,812 |
| 195 | KBB M & A LLC | 5,000 |
| 196 | Kelly-Moore Paint Company, Inc. | 51,906 |
| 197 | KHA Consultants, PLLC. | 2,800 |
| 198 | Kitchen Fantastic | 10,775 |
| 199 | Kompan, Inc. | 8,287 |
| 200 | Kontakt Micro-Location Sp. z o.o. | 249 |
| 201 | KPFF consulting engineers | 12,097 |
| 202 | KRH Staffing, LLC | 1,500 |
| 203 | KTGY Architecture + Planning | 4,050 |
| 204 | Kunde Legacy LP | 166,713 |
| 205 | L A Finish Carpentry Inc | 13,500 |
| 206 | La Jolla Pacific Of California, LTD | 14,950 |
| 207 | Larry Methvin Installation, Inc. | 25,000 |
| 208 | LB Painting | 11,000 |
| 209 | Liberty Mutual Insurance | 3,642 |
| 210 | Lily Quan | 11,600 |
| 211 | Link Age Inc | 8,000 |
| 212 | LJP Construction Services | 417 |
| 213 | LogMeIn USA, Inc. | 88 |
| 214 | Lubin Olson & Niewiadomski LLP | 13,430 |
| 215 | Mantel & Fireplace, Inc. | 2,700 |
| 216 | Marble Palace Inc. | 25,800 |
| 217 | Marketshare Inc | 37,712 |
| 218 | McGinnis Chen Associates Inc | 2,380 |
| 219 | Mcgranite | 300 |
| 220 | MCH Electric, Inc. | 124,199 |
| 221 | McSherry & Hudson, LLC | 81,065 |
| 222 | Medlin & Hargrave, P.C. | 1,157 |
| 223 | MERSCORP Holdings, Inc. | 264 |
| 224 | Meyers Research, LLC | 47,660 |
| 225 | MGR Cleanup, Inc. | 700 |
| 226 | Michael Page International Inc. | 24,200 |
| 227 | Minol, Inc. | 73,175 |
| 228 | Mission Trail Waste Systems, Inc. | - |
| 229 | MK Engineering, Inc. | 5,250 |
| 230 | Mobile Modular | 238 |
| 231 | Morrison Hershfield Corporation | 842 |
| 232 | Moss Adams LLP | 23,205 |
| 233 | Motivational Systems Inc | 3,135 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 234 | My Parking Sign | 139 |
| 235 | Neptune Water Solutions | 1,424 |
| 236 | New Home Professionals | 5,938 |
| 237 | NorCal Lumber | 60,551 |
| 238 | Norman S. Wright Mechanical Equip. Corp. | 87,924 |
| 239 | NTS Mikedon, LLC | 6,880 |
| 240 | Nu Wood Design | 117,417 |
| 241 | NVC Framing Inc | 3,455 |
| 242 | Occupational Health centers | 852 |
| 243 | Oldcastle Infrastructure | (2,607) |
| 244 | On-Site Health & Safety | 1,615 |
| 245 | Oracle America, Inc. | 100,740 |
| 246 | Pace Supply Corp | 57,077 |
| 247 | Palmer Group LLC | 2,079 |
| 248 | Partner Energy | 236 |
| 249 | Paule, Camazine & Blumenthal, P.C. | 1,960 |
| 250 | Peninsula Building Materials Co. | 8,026 |
| 251 | Petersendean Roofing and Solar Systems | 68,406 |
| 252 | PG&E | 21,568 |
| 253 | Praxair Distribution, Inc. | 1,823 |
| 254 | Presidio Systems,Inc. | 3,750 |
| 255 | PrintPapa | 829 |
| 256 | Procore Technologies, Inc. | (30,260) |
| 257 | Professional Ins. Assoc., Inc. | 157,617 |
| 258 | Project Approval Services | 8,500 |
| 259 | PropertyBlastHomes | 16,504 |
| 260 | Quality Produce | 3,180 |
| 261 | Quick SWPPP Corporation | 4,560 |
| 262 | R & B Company | 2,257 |
| 263 | R2R Media Sloutions LLP | 1,135 |
| 264 | Rand Worldwide Subsidiary, Inc | 66,230 |
| 265 | Reaco heating & Air Conditioning, Inc. | - |
| 266 | Ready Hoist, Inc | 10,990 |
| 267 | Rebuild Green | 355,183 |
| 268 | Red Cloud, Inc. | 49,221 |
| 269 | RegasGroup | 350 |
| 372 | Regus Management Group, LLC | 13,317 |
| 270 | Republic Services | 25,760 |
| 271 | Revelare Group LLC | 118,000 |
| 272 | Richard Haro Construction | 5,000 |
| 273 | Robert D. Peterson Law Corporation | 7,955 |
| 274 | Robert Half Finance & Accounting | 7,000 |
| 275 | Rockridge Geotechnical, Inc. | 67,395 |
| 276 | Rodriguez Concrete Construction | 22,700 |
| 277 | Rosa's Cleaning Services | 143 |
| 278 | Royal wholesale Electric | 755 |
| 279 | S.J. General Building Maintenance, Inc. | 19,378 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 280 | Safe2core | 3,431 |
| 281 | Sage Software, Inc. | 7,986 |
| 282 | Salis Law | 23,313 |
| 283 | San Jose Jazz | 20,000 |
| 284 | San Jose water Company | 14,520 |
| 285 | Sanchez Concrete Pumping | 8,130 |
| 286 | Sandman Inc., dba Star Concrete | 3,836 |
| 287 | Santa Clara Police Activities League | 2,500 |
| 288 | SCC DTAC | 118,079 |
| 289 | Secretary Of State | 26 |
| 290 | Sesha Sai Patro | 625 |
| 291 | Signal 88, LLC. | 1,600 |
| 292 | Signcraft | 10,805 |
| 293 | Simba Solutions Inc | 5,025 |
| 294 | Simple Air | 5,980 |
| 295 | SJP Signs Inc | 7,500 |
| 296 | Skidmore, Owings & Merrill LLP | 209,517 |
| 297 | Slakey Brothers Inc. | 51,400 |
| 298 | Slama Door Co. | 27,927 |
| 299 | Smiota Inc. | 13,912 |
| 300 | Sound-Crete Contractors Inc. | 103,110 |
| 301 | SPUR | 15,000 |
| 302 | St. Anton Communities, LLC | 5,000 |
| 303 | ST. Francis Electric | 62,741 |
| 304 | Starstone National Insurance Company | 648,207 |
| 305 | Steeler Inc. | 10,699 |
| 306 | Stevens Creek Quarry, Inc. | - |
| 307 | Stratus information systems | 181 |
| 308 | Strouss Brothers Construction Inc. | 66,720 |
| 309 | Stucco Supply Company | 58,078 |
| 310 | Sudhir Pai CPA PLLC | 16,354 |
| 311 | Summit Hosting, LLC | 658 |
| 312 | Sunnyvale Chamber Of Commerce | 1,750 |
| 313 | Superior Kitchen Cabinets Inc. | 17,238 |
| 314 | SwagWorx | 2,502 |
| 315 | Tarrar Utility Consultants, Inc. | 20,485 |
| 316 | Terra Pacific Waste Management | 11,809 |
| 317 | The Backflow Guy Inc. | 4,140 |
| 318 | The Concord Group | 38,025 |
| 319 | The Fire Consultants, Inc. | 3,600 |
| 320 | The home depot | - |
| 321 | The Honey Ladies | 1,400 |
| 322 | The Lighting Source LLC | 544 |
| 323 | The Moulding Company | 6,357 |
| 324 | The Scaffold Works,Inc. | 159,141 |
| 325 | The Silicon Valley Organization PAC | 999 |
| 326 | Thomas Baak & Associates | 5,325 |

| No. | Creditor | Invoice Balance per SSB |
|---|---|---|
| 327 | Thorpe Design, Inc | 25,540 |
| 328 | Three Alarm Electrical Systems Inc. | 1,925 |
| 329 | Three Alarm Fire Protection, Inc. | 1,020 |
| 330 | Thyssenkrupp Elevator Corporation | 42,829 |
| 331 | TJKM | 26,955 |
| 332 | Todd Rothbard | 5,549 |
| 333 | Top Line Showers Doors And Mirrors Inc | 15,513 |
| 334 | Trans Bay Elevator Corp | 100 |
| 335 | Trencore plastering, Inc. | 322,684 |
| 336 | Tri City Rock, Inc. | 19,268 |
| 337 | Triax Technologies, Inc. | 13,749 |
| 338 | Tri-County Insulation | 116,594 |
| 339 | U S Legal Support, Inc. | 2,397 |
| 340 | U.S. Healthworks Medical Group, Pc | 447 |
| 341 | UMO. Steel Inc. | 3,837 |
| 342 | Underwood & Rosenblum, Inc | 5,585 |
| 343 | Union  Sanitary District | 5,434 |
| 344 | United Healthcare Insurance | 33,224 |
| 345 | United Rentals, Inc. | 34,095 |
| 346 | United Site Services of California, Inc. | 5,882 |
| 347 | US Alarm/Additional Technology Security, Inc. | 3,209 |
| 348 | US Natural Stone | 176,549 |
| 349 | Utilities Management Concepts Inc. | 968 |
| 350 | Van De Poel, Levy, Arneal & Serot, LLP | 17,928 |
| 351 | Venture Underwriters | 64,267 |
| 352 | Vintage Design Incorporated | 50,041 |
| 353 | Vistacom DBS Inc. | 33,360 |
| 354 | VJ Concrete | 1,950 |
| 355 | Wayfair, LLC. | 80,190 |
| 356 | Wayne Salvatore | 8,100 |
| 357 | Wells Fargo Vendor Financial Services, LLC | 6,973 |
| 358 | Western Abatement, Inc. | 131,198 |
| 359 | Western Site Services LLC | 14,658 |
| 360 | What's Happening Inc | 500 |
| 361 | Whirlpool Corporation | 68,009 |
| 362 | William Brewer | 1,600 |
| 363 | Williams Scotsman, Inc. | 1,247 |
| 364 | Wind River Services Inc. | 452 |
| 365 | Window Fashions of Northern California, Inc. | 9,871 |
| 366 | Wood Haven, Inc. | 63,735 |
| 367 | Woodmont Real Estate Services, L.P. | 6,444 |
| 368 | Yardi Systems,Inc. | 2,800 |
| 369 | Zi Zi | 1,800 |
| 370 | Zillow Group, Inc | 5,933 |
| 371 | Zoom Video Communications Inc. | 905 |
| | **Grand Total** | $        10,572,023 |

EXHIBIT "C"

**EXHIBIT "C"**

| **Project Name** | **Ownership Entity** |
| --- | --- |
| Sunset at Alum Rock | 2101 Alum Rock LLC |
| Almaden | 1821 Almaden LLC |
| Balbach | 180 Balbach LLC |
| Franklin (Downtown Gateway) | 1313 Franklin LLC |
| Hayward | B Street Hayward LLC |
| Little Portugal | Little Portugal Gateway LLC |
| Mathilda 2 | 528 Mathilda LLC |
| Monroe (Madison Place) | 1460 Monroe LLC |
| Osgood | Osgood LLC |
| Osgood 2 | Sage at Irvington LLC |
| Peralta (Centerville Station) | Peralta at Fremont LLC |
| Walnut Morgan Hill | Walnut Morgan Hill LLC |
| SiliconSage Home Office | SiliconSage Builders LLC |

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, DISTRICT COURT, NORTHERN DISTRICT**

3

4

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

5

6

On **4/30/2021**, I served true copies of the following document(s) described as **FIRST QUARTERLY REPORT AND RECOVERY PLAN** on the interested parties in this action as follows:

7

### SEE ATTACHED SERVICE LIST

8

9

10

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **4/30/2021**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

11

12

13

14

15

**(X) (BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

16

17

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

18

19

**( ) (BY FACSIMILE).** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

20

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

21

22

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

Executed on April 30, 2021, at Costa Mesa, California.

24

25

_____
/s/ *Lynnette Garrett*

26

Lynnette Garrett

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1

**SERVICE LIST**

2

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

3

- **Kyra Elizabeth Andrassy**
  kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com
- **Tamar M. Braz**
  brazt@sec.gov
- **Susan Scott Davis**
  sdavis@coxcastle.com
- **Robert Paul Goe**
  rgoe@goeforlaw.com,kmurphy@goeforlaw.com
- **Mitchell Bruce Greenberg**
  mgreenberg@abbeylaw.com,mmeroney@abbeylaw.com
- **John Henry Hemann**
  jhemann@cooley.com,mnarvaez@cooley.com
- **Douglas Dalton Hughmanick**
  dhughmanick@terra-law.com
- **Monique Jewett-Brewster**
  mjb@hopkinscarley.com,eamaro@hopkinscarley.com
- **Wm. Thomas Lewis**
  wtl@roblewlaw.com,kimwrenn@msn.com
- **Amy Jane Longo**
  longoa@sec.gov,simundacc@sec.gov,irwinma@sec.gov
- **James Alan McDaniel**
  jmcdaniel@terralaw.com,dhawes@terralaw.com
- **Walker Samuel Newell**
  wnewell@cooley.com,efiling-notice@ecf.pacerpro.com,avera@cooley.com
- **Randy Phillip Orlik**
  rorlik@coxcastle.com
- **Parkview Financial REIT LP**
  paul@parkviewfinancial.com
- **Meena Sathappan, TTE**
  mjb@hopkinscarley.com
- **Joshua Louis Scheer**
  jscheer@scheerlawgroup.com,jscheer@ecf.courtdrive.com
- **Michael Raymond Sew Hoy**
  sewhoym@sec.gov
- **Western Alliance Bank**
  wtl@roblewlaw.com

**BY U.S. MAIL:**
Senior District Judge Susan Illston
United States District Court
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102