# EXHIBIT "2"

Forbearance Agreement

This forbearance agreement (the "Agreement") is entered into between David Stapleton, solely in his capacity as the Receiver for 138 Balbach, LLC ("Borrower"), and PFP Holding Company V, LLC, the lender ("Lender").

1. The Borrower owns real property located at 138 Balbach St., San Jose, California, APN 264-77-001 (the "Property"). On July 20, 2018, the Borrower entered into a Loan Agreement with the Lender under which the Lender agreed to make a loan to Borrower of up to $40,625,000. The Borrower's obligations to the Lender are secured by a duly perfected deed of trust against the Property.

2. In December 2020, the Securities & Exchange Commission ("SEC") filed a civil enforcement action in the U.S. District Court against SiliconSage Builders, LLC, and Sanjeev Acharya, and sought the appointment of a receiver and an asset freeze. The case is pending in the U.S. District Court, Northern District of California (the "Court"), as case number 3:20-cv-09247-SI. By order entered on February 10, 2021, the Court granted the SEC's motion for the appointment of a receiver, and the Receiver was appointed over SiliconSage Builders, LLC, and its affiliates and subsidiaries, including the Borrower (together, the "Receivership Entities"). The Court also enjoined any action to collect a debt from the Receivership Entities.

3. As of February 10, 2021, the Borrower was in default under the Loan Agreement, and the Lender was charging default interest of 10.25%. The Receiver has determined that the Property has equity and is marketing it for sale. To facilitate the sale, the Lender is willing to waive default interest under the terms set forth in this Agreement.

Wherefore based on the foregoing, the Receiver, acting on behalf of the Borrower, and the Lender agree as follows:

A. <u>Waiver of Default Interest</u>. Notwithstanding the provisions of the Loan Agreement, if the Receiver closes escrow on the sale of the Property by October 1, 2021 for an amount not less than the aggregate amount due Lender pursuant to paragraph B below, the Lender will agree to waive its right to collect default interest from any of the Receivership Entities and will instead assess interest at the non-default rate set forth in the Loan Agreement.

B. <u>Acknowledgment of Debt</u>. The Receiver acknowledges and agrees that as of July 14, 2021, and assuming interest has accrued at the non-default rate in accordance with the terms of this Agreement, the amount required to satisfy the debt owing by the Borrower to the Lender in full is $39,882,922.70 (net of reserves held by Lender as set forth below), which consists of principal of $39,625,000, non-default interest of $179,138.02, exit fees of $182,813, extension fee of $99,062.50 and miscellaneous fees of $52,951.83. The Lender is holding reserves of $256,042.15, and any unused portion of the reserves will be applied to the balance due when the Lender is paid off.

C. <u>Cash Management</u>. The Receiver acknowledges the provisions of the Loan Agreement regarding Cash Management and agrees that enforcement of the Cash Management

provisions shall continue for the duration of this Agreement. To the extent that Reserve Accounts are depleted, the Borrower shall have no obligation to replenish them from any source other than the Rents being deposited into the Clearing Account. If Lender makes a protective advance to pay for Property related items, including, without limitation, real estate taxes and/or insurance premiums, due to the fact that insufficient amounts are on deposit in the reserve accounts, then the amounts set forth in Paragraph B above shall be increased accordingly to allow for the repayment of such protective advances in accordance with the provisions of the loan documents.

D.   Termination of Agreement. This Agreement shall terminate and be of no further force or effect if the Property is not in escrow by August 1, 2021. If the Property is in escrow by August 1, 2021, then this Agreement shall terminate and be of no further force or effect if escrow does not close by October 1, 2021. Pending termination of this Agreement in accordance with its terms, the Lender agrees not to seek relief from the stay imposed by the Court.

E.   Court Approval. This Agreement shall be subject to Court approval, which the Receiver will seek concurrently with any motion for approval of the sale of the Property.

Date: July 16, 2021

138 Balbach, LLC

By: David Stapleton, solely in his capacity as the Receiver for 138 Balbach, LLC, and not in his individual capacity

Date: July __, 2021

PFP HOLDING COMPANY V, LLC

By: _____

Its: _____
        Jon W. Brayshaw
        Authorized Signatory

2872178.4