# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, DISTRICT COURT, NORTHERN DISTRICT**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **7/16/2021**, I served true copies of the following document(s) described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF RECEIVER, DAVID STAPLETON, FOR ORDER APPROVING SALE OF REAL PROPERTY OWNED BY 138 BALBACH, LLC FREE AND CLEAR OF LIENS** on the interested parties in this action as follows:

### **SEE ATTACHED SERVICE LIST**

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **7/16/2021**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE).** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2021, at Costa Mesa, California.

                                      /s/ *Lynnette Garrett*
                                      Lynnette Garrett

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Kyra Elizabeth Andrassy**
  kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com
- **Tamar M. Braz**
  brazt@sec.gov
- **Susan Scott Davis**
  sdavis@coxcastle.com
- **Robert Paul Goe**
  rgoe@goeforlaw.com,kmurphy@goeforlaw.com
- **Mitchell Bruce Greenberg**
  mgreenberg@abbeylaw.com,mmeroney@abbeylaw.com
- **John Henry Hemann**
  jhemann@cooley.com,mnarvaez@cooley.com
- **Douglas Dalton Hughmanick**
  dhughmanick@terra-law.com
- **Monique Jewett-Brewster**
  mjb@hopkinscarley.com,eamaro@hopkinscarley.com
- **Edward Arthur Kraus**
  ekraus@svlg.com,keb@svlg.com,edn@svlg.com,amt@svlg.com
- **Amy Jane Longo**
  longoa@sec.gov,simundacc@sec.gov,irwinma@sec.gov
- **James Alan McDaniel**
  jmcdaniel@terralaw.com,dhawes@terralaw.com
- **Hal Mark Mersel**
  mark.mersel@bryancave.com,theresa.macaulay@bclplaw.com
- **Dennis Francis Murphy**
  dennismurphy@jonesday.com
- **Walker Samuel Newell**
  wnewell@cooley.com,efiling-notice@ecf.pacerpro.com,avera@cooley.com
- **Randy Phillip Orlik**
  rorlik@coxcastle.com
- **Brian Andrew Paino**
  bpaino@mcglinchey.com,irvineECF@mcglinchey.com
- **Parkview Financial REIT LP**
  paul@parkviewfinancial.com
- **Marie Gisele Quashnock**
  marie@aqalegal.com,rosa@aqalegal.com,legalassistant@aqalegal.com
- **Meena Sathappan, TTE**
  mjb@hopkinscarley.com
- **Joshua Louis Scheer**
  jscheer@scheerlawgroup.com,jscheer@ecf.courtdrive.com
- **Brian G. Selden**
  bgselden@jonesday.com,mreyes@jonesday.com
- **Michael Raymond Sew Hoy**
  sewhoym@sec.gov
- **Western Alliance Bank**
  wtl@roblewlaw.com

**BY U.S. MAIL:**
Senior District Judge Susan Illston
United States District Court
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

**Balbach Secured Creditor Service List (Served by U.S. Mail)**

| Claimant | Claimant's Address | Counsel for Claimant | Counsel's Address |
|---|---|---|---|
| Alcal Specialty Contracting, Inc. | | Daniel S. Yanagihara, Jr. Pacific Coast Companies, Inc. | 10600 White Rock Rd., Suite 100 Rancho Cordova, CA 95670 |
| Detail Construction & Waterproofing Inc. | 14451 Esther Dr. San Jose, CA 95124 | Salina Morales Easy Law Construction Notices | 1777 East Los Angeles Ave. Suite 203 Simi Valley, CA 93065 |
| California Fire Systems, Inc. | 12230 Shale Ridge Lane Auburn, CA 95602 | Scott McElhern Downey Brand LLP | 621 Capitol Mall, 18th Fl. Sacramento, CA 95814 |
| Pace Supply Corp. | PO Box 6407 Rohnert Park, CA 94927 | | |
| D&D Windows | 3136 Auburn Blvd. Sacramento, CA 95821 | | |
| A&D Automatic Gate Company | PO Box 5040 Redwood City, CA 94063 | Colleen Kirk | PO Box 241566 Cleveland, OH 44124 |
| St. Francis Electric | 975 Carden St. San Leandro, CA 94577 | | |
| Express Fence, LLC | PO Box 294 Santa Clara, CA 95052 | | |
| PFP Holding Company V, LLC | Attn: Steve Gerstung 233 North Michigan, Suite 1915 Chicago, IL 60601 | | |

2875668.1