UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

SILICONSAGE BUILDERS, LLC, et al.,

Defendants.

Case No. 20-cv-09247-SI

**ORDER RE: RECEIVER'S MOTION
FOR ORDER APPROVING SALE OF
REAL PROPERTY OWNED BY 138
BALBACH, LLC**

The Receiver has filed a motion seeking an order approving the sale of real property owned by 138 Balbach, LLC. Dkt. No. 151. The SEC has filed a statement of non-opposition to the motion. The Court has also received a letter dated July 30, 2021, from the "Balbach Investor Group" regarding the Receiver's motion. Dkt. No. 157. The Balbach Investor Group requests that they be repaid out of the proceeds from the sale.

The Court finds that it would be helpful to have a response from the Receiver to the July 30, 2021 letter, and accordingly directs the Receiver to address the Balbach Investor Group's letter in the Receiver's reply brief.

**IT IS SO ORDERED**.

Dated: August 4, 2021

_____
SUSAN ILLSTON
United States District Judge