1  Gregg S. Kleiner, State Bar No. 141311
   RINCON LAW LLP
2  268 Bush Street, Suite 3335
   San Francisco, CA 94104
3  Telephone No.: 415-672-5991
4  Facsimile No.: 415-680-1712
   Email: gkleiner@rinconlawllp.com
5
   Counsel for FRED HJELMESET,
6  Trustee in Bankruptcy of the Estate of
7  Sanjeev Acharya and Mina Acharya,
   USBC Case No. 21-50082 SLJ
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11 | SECURITIES AND EXCHANGE          | Case No. 3:20-cv-09247-SI
   | COMMISSION,                      |
12 |                                  | **NOTICE OF APPEARANCE AND**
   |           Plaintiff,             | **REQUEST FOR SPECIAL NOTICE**
13 |                                  |
14 | vs.                              |
   |                                  |
15 | SILICONSAGE BUILDERS, LLC *aka*  |
   | SILICON SAGE BUILDERS and        |
16 | SANJEEV ACHARYA,                 |
17 |                                  |
   |           Defendants.            |
18

19   **PLEASE TAKE NOTICE** of the appearance of Fred Hjelmeset, Chapter 7 Trustee of the estate

20   of Sanjeev Acharya and Mina Acharya in Case No. 21-50082 SLJ pending before the United States

21   Bankruptcy Court for the Northern District of California, San Jose Division, in the above-entitled

22   matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices

23   pertaining to the above-entitled action not otherwise filed through the Court's electronic filing

24   system should be forwarded to counsel at the following address:

25   / / /

26   / / /

27   / / /

28   / / /

                                                                                                    1

|   |   |
|---|---|
|   | Gregg S. Kleiner<br>RINCON LAW LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104<br>Email: gkleiner@rinconlawllp.com |
| DATED:  February 2, 2022 | RINCON LAW LLP<br><br>By: */s/ Gregg S. Kleiner*<br>     GREGG S. KLEINER<br>     Counsel for FRED HJELMESET,<br>     Trustee in Bankruptcy of the Estate of<br>     Sanjeev Acharya and Mina Acharya,<br>     USBC Case No. 21-50082 SLJ |

2