1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:20-cv-09247-SI<br><br>**ORDER APPROVING APPLICATION FOR (1) ALLOWANCE AND PAYMENT OF FEES AND COSTS INCURRED BY SMILEY WANG-EKVALL, LLP, COUNSEL TO THE RECEIVER, FOR THE PERIOD FROM OCTOBER 1, 2021, TO DECEMBER 31, 2021, AND (2) ALLOWANCE AND PAYMENT OF FEES RELATED TO OSGOOD AND ALMADEN IN THE SECOND INTERIM APPLICATION**<br><br>Date:　April 1, 2022<br>Time:　10:00 a.m.<br>Crtrm.:　1 – 17th Floor (Hearing by Zoom)<br>Judge:　Susan Illston |

2900775.1                                                                                                                  ORDER

~~At the above date and time, the Court held a hearing on the *Application for (1) Allowance and Payment of Fees and Costs Incurred by Smiley Wang-Ekvall, LLP, Counsel to the Receiver, for the Period from October 1, 2021, to December 31, 2021, and (2) Allowance and Payment of Fees Related to Osgood and Almaden in the Second Interim Application* (the "Application").  Appearances were as noted on the record~~.  For the reasons set forth in the Application and on the record,

**IT IS HEREBY ORDERED:**

(1)   The Application is approved, and Smiley Wang-Ekvall, LLP is allowed fees of $102,634.20 and costs of $7,074.48 on an interim basis;

(2)   $2,086.20 of the fees are to be paid by Acres Loan Origination, LLC, pursuant to the Construction Funding Agreement approved by the Court;

(3)   The Receiver is authorized to pay 80% of the $100,557.00 balance, or $80,445.60, and 100% of the Firm's expenses from funds on hand, with payment of the balance to be sought at a later date; and

(4)   The Firm is allowed the fees of $50,019.30 related to the Osgood and Almaden projects that were sought in its fee application for the period from April 1, 2021, through June 30, 2021, and the Receiver is authorized to pay 75%, or $37,514.47, of these fees from funds on hand, with payment of the balance to be sought at a later date.

Dated:  March 28, 2022

SUSAN ILLSTON
United States District Judge