```
COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
WALKER NEWELL (282357)
(wnewell@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222


Attorneys for Defendant
SANJEEV ACHARYA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>            Defendants. | Case No.  3:20-CV-09247-SI<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE MOTION FOR MODIFICATION OF THE PRELIMINARY INJUNCTION |

**[PROPOSED] ORDER**

Having considered Defendant Sanjeev Acharya's Motion for Modification of the Preliminary Injunction, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Sanjeev Acharya's motion is **GRANTED**.

The Court hereby modifies its February 10, 2021 Order Granting SEC's Motion for a Preliminary Injunction and allows Mr. Acharya to transfer his 401k retirement account from ADP to a retirement account at Technology Credit Union, as described in Defendant Sanjeev Acharya's Motion for Modification of the Preliminary Injunction. The new retirement account will remain subject to the Asset Freeze in this matter, as modified by the Court's prior Orders allowing for the payment of specified reasonable living expenses.

Dated: April 22, 2022

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE