**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Counsel for David Stapleton, Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-09247-SI<br><br>**NOTICE AND MOTION OF RECEIVER, DAVID STAPLETON, FOR AN ORDER AUTHORIZING THE RECEIVER TO ENTER INTO A SETTLEMENT AGREEMENT WITH CORTEZ ENTERPRISES, INC. REGARDING A DEPOSIT RELATED TO 2055 ALUM ROCK AVENUE, SAN JOSE, CA**<br><br>[Memorandum of Points and Authorities Filed Concurrently]<br><br>Hearing:<br>Date:   September 9, 2022<br>Time:   10:00 a.m.<br>Crtrm.:  1 – 17th Floor (hearing via Zoom)<br>Judge:  Susan Illston |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that David Stapleton, the Court-appointed receiver (the "Receiver") over SiliconSage Builders, LLC, and its subsidiaries and affiliates (together, the "Receivership Entities"), is seeking Court approval to enter into a settlement agreement with Cortez Enterprises, Inc., regarding funds held in an escrow related to th agreement of SiliconSage Fund 1, LLC, a Delaware limited liability company (Series) – Series 4 ("SSF1") to purchase real estate located at 2055 Alum Rock Avenue, San Jose, CA 95116 (the "Property").  The Property was intended to be part of the Alum Rock project.  Pursuant to the purchase agreement and addendums, SiliconSage tendered deposits totaling $381,000 into escrow before defaulting under the agreement, although the agreement had not yet been terminated when the Receiver was appointed.  When the Receiver was appointed, $281,000 remained on deposit in escrow.

In resolution of the dispute about whether the liquidated damages clause of the agreement constituted an unenforceable penalty, the parties have agreed to divide the funds remaining in escrow, with Cortez receiving $181,000 of the funds, and the receivership estate receiving $100,000, less any escrow fees.  The settlement agreement is attached to the concurrently-filed Memorandum of Points and Authorities.

 Unless the Court issues an order in advance of the hearing, the Court will be conducting the hearing by Zoom, and instructions for appearing at the hearing will be posted approximately two days prior to the hearing.  **Pursuant to Local Rule 7-3(a), any written opposition to the relief sought in this motion must be filed with the Court and served on counsel for the moving party by no later than fourteen (14) days after the filing of this motion, which is occurring on August 3, 2022.**

Concurrently with this motion, the Receiver is filing his Memorandum of Points and Authorities in support of the motion and the supporting declaration of David Stapleton (together, the "Memorandum").  Pursuant to the order limiting notice in this case, both the motion and the Memorandum are available on the website for this receivership, which is

www.siliconsagereceivership.com, or by contacting proposed counsel for the Receiver at kandrassy@swelawfirm.com.

Based on the foregoing and for the reasons set forth in the Memorandum of Points and Authorities, the Receiver seeks entry of an order:

(1) Granting the motion and approving the terms and conditions of the Settlement Agreement;

(2) Authorizing the Receiver to enter into the Settlement Agreement and any documents he deems reasonably necessary to consummate the settlement, including escrow instructions and any cancellation notice; and

(3) Granting such other and further relief as the Court may deem just and proper.

DATED:  August 3, 2022

Respectfully submitted,

SMILEY WANG-EKVALL, LLP

By:  /s/ Kyra E. Andrassy
KYRA E. ANDRASSY
Counsel for David Stapleton, Receiver

# PROOF OF SERVICE

**STATE OF CALIFORNIA, DISTRICT COURT, NORTHERN DISTRICT**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **8/3/2022**, I served true copies of the following document(s) described as **NOTICE AND MOTION OF RECEIVER, DAVID STAPLETON, FOR AN ORDER AUTHORIZING THE RECEIVER TO ENTER INTO A SETTLEMENT AGREEMENT WITH CORTEZ ENTERPRISES, INC. REGARDING A DEPOSIT RELATED TO 2055 ALUM ROCK AVENUE, SAN JOSE, CA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to United States District Court, Northern District of California, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **8/3/2022**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).** I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE)**. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( ) STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 3, 2022, at Costa Mesa, California.

/s/ *Lynnette Garrett*
Lynnette Garrett

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

## SERVICE LIST

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Kyra Elizabeth Andrassy
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

Daniel Blau
blaud@sec.gov,simundacc@SEC.GOV,larofiling@sec.gov

Tamar M. Braz
brazt@sec.gov

Patrick Michael Costello
pcostello@vectislawgroup.com,clee@vectislawgroup.com

Susan Scott Davis
sdavis@coxcastle.com

Detail Construction & Waterproofing, Inc.
sjs@dslaw.net

David B. Draper
david.draper@ropers.com,nancy.batchelder@ropers.com,mary.mcpherson@ropers.com

Timothy W Evanston
tevanston@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

Robert Paul Goe
rgoe@goeforlaw.com,kmurphy@goeforlaw.com

Great American Insurance Company
dtobar@watttieder.com

Mitchell Bruce Greenberg
mgreenberg@abbeylaw.com,mmeroney@abbeylaw.com

John Henry Hemann
jhemann@cooley.com,mnarvaez@cooley.com

Fred Hjelmeset
fhtrustee@gmail.com

Ravi Jagannathan
btaylor@taylorlawfirmpc.com

Gregg Steven Kleiner
gkleiner@rinconlawllp.com,aworthing@rinconlawllp.com

Edward Arthur Kraus
ekraus@svlg.com,keb@svlg.com,edn@svlg.com,amt@svlg.com

Thomas Scott Leo
sleo@leolawpc.com,kmoore@watttieder.com,dtobar@watttieder.com

Joshua Robert Mandell
joshua.mandell@akerman.com,masterdocketlit@akerman.com,alexandra.byerly@akerman.com,rob.diwa@akerman.com,evelyn.duarte@akerman.com

Hal Mark Mersel
mark.mersel@bclplaw.com,theresa.macaulay@bclplaw.com

Dennis Francis Murphy
dennismurphy@jonesday.com

Walker Samuel Newell
wnewell@cooley.com,efiling-notice@ecf.pacerpro.com,avera@cooley.com

    Randy Phillip Orlik
rorlik@coxcastle.com
    Brian Andrew Paino
bpaino@mcglinchey.com,irvineECF@mcglinchey.com
    Parkview Financial REIT LP
paul@parkviewfinancial.com
    Marie Gisele Quashnock
marie@aqalegal.com,legaladmin@aqalegal.com
    Joshua Louis Scheer
jscheer@scheerlawgroup.com,jscheer@ecf.courtdrive.com
    Brian G. Selden
bgselden@jonesday.com,mreyes@jonesday.com
    Steven Jude Sibley
sjs@dslaw.net
    Benjamin Samuel Taylor
btaylor@taylorlawfirmpc.com
    Donna Renee Tobar
dtobar@grsm.com,fvillalobos@grsm.com@grsm.com

**BY U.S. MAIL:**

Counsel for Cortez Enterprises, Inc.
BARTON G. HECHTMAN
Matteoni, O'Laughlin & Hechtman
848 The Alameda
San Jose, California 95126