# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA (SAN FRANCISCO)

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:20-CV-09247-SI

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/21/2020

Date of judgment or order you are appealing: 07/07/2022

Docket entry number of judgment or order you are appealing: 385 (See Attachment A)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Anantha Srirama

Is this a cross-appeal?  ○ Yes   ⊙ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⊙ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Patrick M. Costello   **Date** 08/04/2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Anantha Srirama

Name(s) of counsel (if any):
Patrick M. Costello, Esq.
Vectis Law

Address: 1900 S. Norfolk Street, Suite 350, San Mateo, CA 94403

Telephone number(s): 650-320-1688

Email(s): pcostello@vectislawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
David Stapleton, Receiver

Name(s) of counsel (if any):
Kyra E. Andrassy, Esq.
Smiley Wang-Ekvall, LLP

Address: 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626

Telephone number(s): 714-445-1000

Email(s): kandrassy@swelawfirm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                       1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Acres Loan Origination, LLC

Name(s) of counsel (if any):

H. Mark Mersel

Address: 1920 Main Street, Suite 1000, Irvine, CA 92614

Telephone number(s): 949-223-7000

Email(s): mark.mersel@bclplaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   2                                  *New 12/01/2018*

**Attachment A to Notice of Appeal**

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **SMILEY WANG-EKVALL, LLP**<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@swelawfirm.com<br>Michael L. Simon, State Bar No. 300822<br>msimon@swelawfirm.com<br>Timothy W. Evanston, State Bar No. 319342<br>tevanston@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone:  714-445-1000<br>Facsimile:   714-445-1002 |
| 7 | Counsel for David Stapleton, Receiver |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>          Defendants. | Case No. 3:20-cv-09247-SI<br><br>[PROPOSED] **ORDER GRANTING MOTION OF RECEIVER, DAVID STAPLETON, FOR ORDER REJECTING CERTAIN PURCHASE AND SALE AGREEMENTS**<br><br>Date:   June 17, 2022<br>Time:  10:00 a.m.<br>Crtrm.: 1 – 17th Floor (hearing via Zoom)<br>Judge: Susan Illston |

At the above date and time, the Court held a hearing on the *Motion of Receiver, David Stapleton, for Order Rejecting Certain Purchase and Sale Agreements* (the "Motion"). Appearances were as noted on the record. For the reasons urged in the Motion and stated on the record and the Court having found that the Receiver is exercising his business judgment,

**IT IS ORDERED AS FOLLOWS:**

(1)   The Motion is granted;

(2)   The Receiver is authorized to reject the purchase agreements for the following units effective upon entry of this Order:

2913245.1

1

ORDER

| Party to Purchase Agreement(s) | Units Under Contract |
|---|---|
| Sangeeth and Sindhu Peruri Living Trust Dated November 5, 2009 | 202, 216, 410, 424, and 530 at Osgood |
| Sangeeth and Sindhu Peruri Living Trust Dated November 5, 2009 | 218, 415, 428, 504 and 511 at Osgood |
| Anantha Srirama | 232 at Osgood |
| Anantha Srirama | 205 at Almaden |
| Marwan Hassan Naboulsi | 222 and 423 at Almaden |
| Ravi Jagannathan | 206 at Almaden |

(3)     Paragraphs 5 and 6 of the *Further Amended Order Granting Motion of Receiver, David Stapleton, for Order:  (1) Approving Construction Funding Agreement with Acres Capital; (2) Authorizing Employment of Special Real Estate Counsel; (3) Approving the Form of the Condominium Purchase Agreement and Authorizing the Sale of Those Units Free and Clear of Liens* [Document 274] (the "Amended Order") are modified to provide that for each project, after Acres Loan Origination is paid in full as required by the Amended Order and the Construction Funding Agreement it approved, as amended, the Receiver will hold the remaining net proceeds in escrow or a segregated account subject to all liens, claims, and encumbrances, pending a further Court order regarding the validity and priority of the liens, claims, and encumbrances and the disposition of the proceeds; and

(4)     To the extent necessary, the *Order on Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver* is modified to permit the purchasers whose contracts are being rejected to seek recovery from any bonding company that posted a bond that permitted the release of deposits to Osgood or Almaden prior to the close of escrow, with all parties reserving all rights and defenses with respect to any such claims.

Dated: July 7, 2022

_____
SUSAN ILLSTON
United States District Judge

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2913245.1                               3                                   ORDER