**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:  714 445-1002

Counsel for David Stapleton, Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                       Plaintiff,<br><br>        v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>                       Defendants. | Case No. 3:20-cv-09247-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION OF RECEIVER, DAVID STAPLETON, FOR AN ORDER AUTHORIZING THE RECEIVER TO ENTER INTO A SETTLEMENT AGREEMENT WITH CORTEZ ENTERPRISES, INC. REGARDING A DEPOSIT RELATED TO 2055 ALUM ROCK AVENUE, SAN JOSE, CA** |

   The Court having reviewed the *Motion of Receiver, David Stapleton, for an Order Authorizing the Receiver to Enter Into a Settlement Agreement with Cortez Enterprises, Inc. Regarding a Deposit Related to 2055 Alum Rock Avenue, San Jose, CA* (the "Motion") and having found that notice of the Motion was proper, no opposition was filed and no hearing was held.

   **IT IS ORDERED AS FOLLOWS:**

   (1)   The Motion is granted and the terms and conditions of the Settlement Agreement attached to the Motion as Exhibit 2 are approved; and

(2) David Stapleton, the Receiver, is authorized to enter into the Settlement Agreement and any documents he deems reasonably necessary to consummate the settlement, including escrow instructions and any cancellation notice.

.

Dated: August 26, 2022

_____
SUSAN ILLSTON
United States District Judge