**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Counsel for David Stapleton, Receiver

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>                    Defendants. | Case No. 3:20-cv-09247-SI<br><br>**NOTICE OF FILING OF RECEIVER'S CERTIFICATES ISSUED THROUGH NOVEMBER 1, 2022, BY ALMADEN, LLC** |

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**PLEASE TAKE NOTICE** that David Stapleton, Receiver, hereby submits the following certificates issued through November 1, 2022, by 1821 Almaden, LLC.  The complete copies of the certificates are voluminous and are therefore being submitted without the relevant legal descriptions.

1.      Certificate No. 30 for $1,290,656.31 dated June 24, 2022;

2.      Certificate No. 31 for $995,465.77 dated July 25, 2022;

3.      Certificate No. 33 for $1,679,737.94 dated August 29, 2022;

4.      Certificate No. 35 for $2,087,106.09 dated September 30, 2022; and

5.      Certificate No. 37 for $1,457,351.29 dated November 1, 2022.


DATED:  December 5, 2022          Respectfully submitted,

                                  SMILEY WANG-EKVALL, LLP


                                  By:    _/s/ Kyra E. Andrassy_
                                         KYRA E. ANDRASSY
                                         Attorneys for David Stapleton, Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# EXHIBIT "1"

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:20-cv-09247-SI |
| Plaintiff, | **RECEIVER'S CERTIFICATE NO. 30 FOR ALMADEN, LLC** |
| v. | **$1,290,656.31** |
| SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA, | |
| Defendants. | |

1. David Stapleton, the duly-appointed receiver ("Receiver") appointed in the above action over SiliconSage Builders, LLC, and its affiliates and subsidiaries, including 1821 Almaden, LLC, and Osgood, LLC, for good and valuable consideration, receipt of which is hereby acknowledged, issues this Receiver's Certificate in the sum of $1,290,656.31 to Acres Loan Origination, LLC, as administrative agent for certain lenders ("Acres").

2. This Receiver's Certificate is issued under the authority of the U.S. District Court in this action pursuant to the *Further Amended Order Granting Motion of Receiver, David Stapleton, for Order:  (1) Approving Construction Funding Agreement with Acres Capital; (2) Authorizing Employment of Special Real Estate Counsel; (3) Approving the*

1

*Form of the Condominium Purchase Agreements and Authorizing the Sale of Those Units Free and Clear of Liens* that was entered on January 21, 2022.

3.      This Receiver's Certificate bears simple interest at the annual rate of 8% from the date of receipt by the Receiver of the funds loaned under this Receiver's Certificate until the debt owed pursuant to this Receiver's Certificate is paid in full.

4.      This Receiver's Certificate shall constitute a lien and charge upon the real property located at 1821-1873 Almaden Road, San Jose, California, the legal description for which is attached as Exhibit "1" (the "Property").  Except as set forth herein, this lien shall have priority over all other liens encumbering the Property, whether previously existing or hereafter created.

5.      With respect to additional certificates of indebtedness that may be issued by the Receiver with respect to the Property, this certificate shall have priority over all other certificates of indebtedness with a larger certificate number that are executed subsequent to this Receiver's Certificate and shall be subordinate to any certificate of indebtedness with a smaller certificate number executed prior to this Receiver's Certificate.

6.      The Receiver is entering into this Receiver's Certificate solely in his representative capacity and the Receiver shall have no personal liability hereunder.

7.      This Receiver's Certificate will be effective when signed by the Receiver and the funds to be loaned are received by the Receiver.

8.      Acres may record this Receiver's Certificate with the County Recorder for Santa Clara County and shall thereafter record any satisfaction of this Receiver's Certificate with any such County Recorder.  The Receiver has no recordation responsibility.

Dated: June 04, 2022

David Stapleton, solely in his capacity as Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              )
County of San Diego                          )

On June 24, 2022, before me, D. L. Burger, Notary Public, personally appeared David Stapleton, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

D. L. BURGER
Notary Public - California
San Diego County
Commission # 2314345
My Comm. Expires Dec 23, 2023

Signature

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2896283.1                                           3                                    CERTIFICATE

EXHIBIT "2"

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>      Defendants. | Case No. 3:20-cv-09247-SI<br><br>**RECEIVER'S CERTIFICATE NO. 31 FOR ALMADEN, LLC**<br><br>**$995,465.77** |

1.    David Stapleton, the duly-appointed receiver ("Receiver") appointed in the above action over SiliconSage Builders, LLC, and its affiliates and subsidiaries, including 1821 Almaden, LLC, and Osgood, LLC, for good and valuable consideration, receipt of which is hereby acknowledged, issues this Receiver's Certificate in the sum of $995,465.77 to Acres Loan Origination, LLC, as administrative agent for certain lenders ("Acres").

2.    This Receiver's Certificate is issued under the authority of the U.S. District Court in this action pursuant to the *Further Amended Order Granting Motion of Receiver, David Stapleton, for Order: (1) Approving Construction Funding Agreement with Acres Capital; (2) Authorizing Employment of Special Real Estate Counsel; (3) Approving the*

*Form of the Condominium Purchase Agreements and Authorizing the Sale of Those Units Free and Clear of Liens* that was entered on January 21, 2022.

3.      This Receiver's Certificate bears simple interest at the annual rate of 8% from the date of receipt by the Receiver of the funds loaned under this Receiver's Certificate until the debt owed pursuant to this Receiver's Certificate is paid in full.

4.      This Receiver's Certificate shall constitute a lien and charge upon the real property located at 1821-1873 Almaden Road, San Jose, California, the legal description for which is attached as Exhibit "1" (the "Property").  Except as set forth herein, this lien shall have priority over all other liens encumbering the Property, whether previously existing or hereafter created.

5.      With respect to additional certificates of indebtedness that may be issued by the Receiver with respect to the Property, this certificate shall have priority over all other certificates of indebtedness with a larger certificate number that are executed subsequent to this Receiver's Certificate and shall be subordinate to any certificate of indebtedness with a smaller certificate number executed prior to this Receiver's Certificate.

6.      The Receiver is entering into this Receiver's Certificate solely in his representative capacity and the Receiver shall have no personal liability hereunder.

7.      This Receiver's Certificate will be effective when signed by the Receiver and the funds to be loaned are received by the Receiver.

8.      Acres may record this Receiver's Certificate with the County Recorder for Santa Clara County and shall thereafter record any satisfaction of this Receiver's Certificate with any such County Recorder.  The Receiver has no recordation responsibility.

Dated: July 25, 2022

David Stapleton, solely in his capacity as Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2896283.1                    2                    CERTIFICATE

1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

2

State of California           )
3  County of San Diego          )

4

On _July 25, 2022_ before me, _D. L. Burger_____, Notary
5  Public, personally appeared David Stapleton, who proved to me on the basis of
satisfactory evidence to be the person whose name is subscribed to the within instrument
6  and acknowledged to me that he executed the same in his authorized capacity, and that
by his signature on the instrument the person, or the entity upon behalf of which the
7  person acted, executed the instrument.

8

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

9

WITNESS my hand and official seal.

10

11

12  Signature _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D. L. BURGER
Notary Public - California
San Diego County
Commission # 2314345
My Comm. Expires Dec 23, 2023

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2896283.1                    3                         CERTIFICATE

EXHIBIT "3"

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,

Defendants.

Case No. 3:20-cv-09247-SI

**RECEIVER'S CERTIFICATE NO. 33 FOR ALMADEN, LLC**

**$1,679,737.94**

1.       David Stapleton, the duly-appointed receiver ("Receiver") appointed in the above action over SiliconSage Builders, LLC, and its affiliates and subsidiaries, including 1821 Almaden, LLC, and Osgood, LLC, for good and valuable consideration, receipt of which is hereby acknowledged, issues this Receiver's Certificate in the sum of $1,679,737.94 to Acres Loan Origination, LLC, as administrative agent for certain lenders ("Acres").

2.       This Receiver's Certificate is issued under the authority of the U.S. District Court in this action pursuant to the *Further Amended Order Granting Motion of Receiver, David Stapleton, for Order:  (1) Approving Construction Funding Agreement with Acres Capital; (2) Authorizing Employment of Special Real Estate Counsel; (3) Approving the*

1  *Form of the Condominium Purchase Agreements and Authorizing the Sale of Those*
2  *Units Free and Clear of Liens* that was entered on January 21, 2022.

3      3.    This Receiver's Certificate bears simple interest at the annual rate of 8%
4  from the date of receipt by the Receiver of the funds loaned under this Receiver's
5  Certificate until the debt owed pursuant to this Receiver's Certificate is paid in full.

6      4.    This Receiver's Certificate shall constitute a lien and charge upon the real
7  property located at 1821-1873 Almaden Road, San Jose, California, the legal description
8  for which is attached as Exhibit "1" (the "Property").  Except as set forth herein, this lien
9  shall have priority over all other liens encumbering the Property, whether previously
10  existing or hereafter created.

11      5.    With respect to additional certificates of indebtedness that may be issued
12  by the Receiver with respect to the Property, this certificate shall have priority over all
13  other certificates of indebtedness with a larger certificate number that are executed
14  subsequent to this Receiver's Certificate and shall be subordinate to any certificate of
15  indebtedness with a smaller certificate number executed prior to this Receiver's
16  Certificate.

17      6.    The Receiver is entering into this Receiver's Certificate solely in his
18  representative capacity and the Receiver shall have no personal liability hereunder.

19      7.    This Receiver's Certificate will be effective when signed by the Receiver
20  and the funds to be loaned are received by the Receiver.

21      8.    Acres may record this Receiver's Certificate with the County Recorder for
22  Santa Clara County and shall thereafter record any satisfaction of this Receiver's
23  Certificate with any such County Recorder.  The Receiver has no recordation
24  responsibility.

25
26  Dated: August 29, 2022

David Stapleton, solely in his capacity
as Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              )
County of San Diego                         )

On _August 29, 2022_, before me, _D.L. Burger_____, Notary Public, personally appeared David Stapleton, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Signature _____

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "4"

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SECURITIES AND EXCHANGE          Case No. 3:20-cv-09247-SI
    COMMISSION,
12                                   **RECEIVER'S CERTIFICATE NO. 35 FOR**
                        Plaintiff,   **ALMADEN, LLC**
13
        v.                           **$2,087,106.09**
14
    SILICONSAGE BUILDERS, LLC aka
15  SILICON SAGE BUILDERS and
    SANJEEV ACHARYA,
16
                        Defendants.
17

18

19          1.      David Stapleton, the duly-appointed receiver ("Receiver") appointed in the

20  above action over SiliconSage Builders, LLC, and its affiliates and subsidiaries, including

21  1821 Almaden, LLC, and Osgood, LLC, for good and valuable consideration, receipt of

22  which is hereby acknowledged, issues this Receiver's Certificate in the sum of

23  $2,087,106.09 to Acres Loan Origination, LLC, as administrative agent for certain lenders

24  ("Acres").

25          2.      This Receiver's Certificate is issued under the authority of the U.S. District

26  Court in this action pursuant to the *Further Amended Order Granting Motion of Receiver,*

27  *David Stapleton, for Order:  (1) Approving Construction Funding Agreement with Acres*

28  *Capital; (2) Authorizing Employment of Special Real Estate Counsel; (3) Approving the*

*Form of the Condominium Purchase Agreements and Authorizing the Sale of Those Units Free and Clear of Liens* that was entered on January 21, 2022.

3.      This Receiver's Certificate bears simple interest at the annual rate of 8% from the date of receipt by the Receiver of the funds loaned under this Receiver's Certificate until the debt owed pursuant to this Receiver's Certificate is paid in full.

4.      This Receiver's Certificate shall constitute a lien and charge upon the real property located at 1821-1873 Almaden Road, San Jose, California, the legal description for which is attached as Exhibit "1" (the "Property").  Except as set forth herein, this lien shall have priority over all other liens encumbering the Property, whether previously existing or hereafter created.

5.      With respect to additional certificates of indebtedness that may be issued by the Receiver with respect to the Property, this certificate shall have priority over all other certificates of indebtedness with a larger certificate number that are executed subsequent to this Receiver's Certificate and shall be subordinate to any certificate of indebtedness with a smaller certificate number executed prior to this Receiver's Certificate.

6.      The Receiver is entering into this Receiver's Certificate solely in his representative capacity and the Receiver shall have no personal liability hereunder.

7.      This Receiver's Certificate will be effective when signed by the Receiver and the funds to be loaned are received by the Receiver.

8.      Acres may record this Receiver's Certificate with the County Recorder for Santa Clara County and shall thereafter record any satisfaction of this Receiver's Certificate with any such County Recorder.  The Receiver has no recordation responsibility.

Dated: Sept. 30, 2022

_____

David Stapleton, solely in his capacity
as Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

2

State of California                        )
County of San Diego                        )

3

4

On ___9/30/2022___, before me, _D. L. Burger_____, Notary

5

Public, personally appeared David Stapleton, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument

6

and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the

7

person acted, executed the instrument.

8

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

9

10

WITNESS my hand and official seal.



D. L. BURGER
Notary Public - California
San Diego County
Commission # 2314345
My Comm. Expires Dec 23, 2023

11

12

Signature _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "5"

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>      v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>                              Defendants. | Case No. 3:20-cv-09247-SI<br><br>**RECEIVER'S CERTIFICATE NO. 37 FOR ALMADEN, LLC**<br><br>**$1,457,351.29** |

1.     David Stapleton, the duly-appointed receiver ("Receiver") appointed in the above action over SiliconSage Builders, LLC, and its affiliates and subsidiaries, including 1821 Almaden, LLC, and Osgood, LLC, for good and valuable consideration, receipt of which is hereby acknowledged, issues this Receiver's Certificate in the sum of $1,457,351.29 to Acres Loan Origination, LLC, as administrative agent for certain lenders ("Acres").

2.     This Receiver's Certificate is issued under the authority of the U.S. District Court in this action pursuant to the *Further Amended Order Granting Motion of Receiver, David Stapleton, for Order:  (1) Approving Construction Funding Agreement with Acres Capital; (2) Authorizing Employment of Special Real Estate Counsel; (3) Approving the*

1

*Form of the Condominium Purchase Agreements and Authorizing the Sale of Those Units Free and Clear of Liens* that was entered on January 21, 2022.

3.      This Receiver's Certificate bears simple interest at the annual rate of 8% from the date of receipt by the Receiver of the funds loaned under this Receiver's Certificate until the debt owed pursuant to this Receiver's Certificate is paid in full.

4.      This Receiver's Certificate shall constitute a lien and charge upon the real property located at 1821-1873 Almaden Road, San Jose, California, the legal description for which is attached as Exhibit "1" (the "Property").  Except as set forth herein, this lien shall have priority over all other liens encumbering the Property, whether previously existing or hereafter created.

5.      With respect to additional certificates of indebtedness that may be issued by the Receiver with respect to the Property, this certificate shall have priority over all other certificates of indebtedness with a larger certificate number that are executed subsequent to this Receiver's Certificate and shall be subordinate to any certificate of indebtedness with a smaller certificate number executed prior to this Receiver's Certificate.

6.      The Receiver is entering into this Receiver's Certificate solely in his representative capacity and the Receiver shall have no personal liability hereunder.

7.      This Receiver's Certificate will be effective when signed by the Receiver and the funds to be loaned are received by the Receiver.

8.      Acres may record this Receiver's Certificate with the County Recorder for Santa Clara County and shall thereafter record any satisfaction of this Receiver's Certificate with any such County Recorder.  The Receiver has no recordation responsibility.

Dated: November 1, 2022

David Stapleton, solely in his capacity
as Receiver

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1 | A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

2

3 | State of California                                  )
County of San Diego                              )

4

5 | On ___11/1/2022___, before me, _D.L. Burger_, Notary
Public, personally appeared David Stapleton, who proved to me on the basis of

6 | satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that

7 | by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

8 | I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

9

10 | WITNESS my hand and official seal.

D. L. BURGER
Notary Public - California
San Diego County
Commission # 2314345
My Comm. Expires Dec 23, 2023

11

12 | Signature _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2896283.1                                    3                                    CERTIFICATE

1

## **PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, DISTRICT COURT, NORTHERN DISTRICT**

3

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

5

6

On **12/5/2022**, I served true copies of the following document(s) described **NOTICE OF FILING OF RECEIVER'S CERTIFICATES ISSUED THROUGH NOVEMBER 1, 2022, BY ALMADEN, LLC** on the interested parties in this action as follows:

7

## **SEE ATTACHED SERVICE LIST**

8

9

10

11

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to United States District Court, Northern District of California, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **12/5/2022**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

12

13

14

15

16

**(X) (BY U.S. MAIL).**  I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of  Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with USPS in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

16

17

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

18

19

20

**( ) (BY FACSIMILE)**. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

20

21

**( )  STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

21

22

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

Executed on December 5, 2022, at Costa Mesa, California.

24

25

26

_____
        /s/ *Lynnette Garrett*
        Lynnette Garrett

27

28

SMILEY WANG-EKVALL, LLP

3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**SERVICE LIST**

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Kyra Elizabeth Andrassy**
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Daniel Blau**
blaud@sec.gov,simundacc@SEC.GOV,larofiling@sec.gov

**Tamar M. Braz**
brazt@sec.gov

**Patrick Michael Costello**
pcostello@vectislawgroup.com,clee@vectislawgroup.com

**Susan Scott Davis**
sdavis@coxcastle.com

**Detail Construction & Waterproofing, Inc.**
sjs@dslaw.net

**David B. Draper**
david.draper@ropers.com,nancy.batchelder@ropers.com,mary.mcpherson@ropers.com

**Timothy W Evanston**
tevanston@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Robert Paul Goe**
rgoe@goeforlaw.com,kmurphy@goeforlaw.com

**Great American Insurance Company**
dtobar@watttieder.com

**Mitchell Bruce Greenberg**
mgreenberg@abbeylaw.com,mmeroney@abbeylaw.com

**John Henry Hemann**
jhemann@cooley.com,mnarvaez@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com

**Fred Hjelmeset**
fhtrustee@gmail.com

**Ravi Jagannathan**
btaylor@taylorlawfirmpc.com

**Gregg Steven Kleiner**
gkleiner@rinconlawllp.com,aworthing@rinconlawllp.com

**Edward Arthur Kraus**
ekraus@svlg.com,keb@svlg.com,edn@svlg.com,amt@svlg.com

**Thomas Scott Leo**
sleo@leolawpc.com,kmoore@watttieder.com,dtobar@watttieder.com

**Joshua Robert Mandell**
joshua.mandell@akerman.com,masterdocketlit@akerman.com,alexandra.byerly@akerman.com,rob.diwa@akerman.com,evelyn.duarte@akerman.com

**Hal Mark Mersel**
mark.mersel@bclplaw.com,theresa.macaulay@bclplaw.com

**Dennis Francis Murphy**
dennismurphy@jonesday.com,cdelacroix@jonesday.com

**Randy Phillip Orlik**
rorlik@coxcastle.com

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Brian Andrew Paino**
bpaino@mcglinchey.com,irvineECF@mcglinchey.com
**Parkview Financial REIT LP**
paul@parkviewfinancial.com
**Hannah Pollack**
hpollack@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com
**Marie Gisele Quashnock**
marie@aqalegal.com,legaladmin@aqalegal.com
**Joshua Louis Scheer**
jscheer@scheerlawgroup.com,jscheer@ecf.courtdrive.com
**Brian G. Selden**
bgselden@jonesday.com,mreyes@jonesday.com
**Steven Jude Sibley**
sjs@dslaw.net
**Benjamin Samuel Taylor**
btaylor@taylorlawfirmpc.com
**Donna Renee Tobar**
dtobar@grsm.com,fvillalobos@grsm.com,ecravey@grsm.com

SMILEY WANG-EKVALL, LLP

3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002