1   **SMILEY WANG-EKVALL, LLP**
    Kyra E. Andrassy, State Bar No. 207959
2   *kandrassy@swelawfirm.com*
    Michael L. Simon, State Bar No. 300822
3   *msimon@swelawfirm.com*
    Timothy W. Evanston, State Bar No. 319342
4   *tevanston@swelawfirm.com*
    3200 Park Center Drive, Suite 250
5   Costa Mesa, California 92626
    Telephone:   714 445-1000
6   Facsimile:   714 445-1002

7   Counsel for David Stapleton, Receiver

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SECURITIES AND EXCHANGE                 Case No. 3:20-cv-09247-SI
    COMMISSION,
12                                          **ORDER APPROVING SIXTH INTERIM
                    Plaintiff,              FEE APPLICATION OF DAVID
13                                          STAPLETON, RECEIVER, FOR THE
         v.                                 PERIOD FROM APRIL 1, 2022
14                                          THROUGH JUNE 30, 2022**
    SILICONSAGE BUILDERS, LLC aka
15  SILICON SAGE BUILDERS and SANJEEV
    ACHARYA,
16
                    Defendants.
17

18

19        Pursuant to Civil Local Rule 7-1(b), the Court determined the matter was suitable

20  for resolution without oral argument and vacated the hearing.  The *Sixth Interim Fee*

21  *Application of David Stapleton, Receiver, for the period from April 1, 2022, to June 30,*

22  *2022* (the "Application") was unopposed. For the reasons set forth in the Application and

23  the Court having found that notice of the Application was proper,

24        **IT IS ORDERED AS FOLLOWS:**

25        1.    The Application is approved;

26        2.    The Receiver is allowed fees of $537,980.00 and costs of $1,153.84 on an

27  interim basis;

28

                                                                            ORDER

1    3.    Of the fees allowed by this Order, $469,017.50, which were incurred in

2  connection with the Osgood and Almaden projects, shall be paid by Acres Loan

3  Origination in accordance with the Construction Funding Agreement approved by the

4  Court, as amended or may be amended with respect to the cap on the Receiver's fees;

5  and

6    4.    The Receiver is authorized to pay 80% of the balance of $68,962.50 in

7  fees, which is $55,170.00, and 100% of his expenses, or $1,153.84, from assets of the

8  Receivership Entities as they become available.

9

10

11  Dated: December 13, 2022

12  _____
   SUSAN ILLSTON

13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

-2-