**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:   714 445-1002

Counsel for David Stapleton, Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>              Defendants. | Case No. 3:20-cv-09247-SI<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS INCURRED BY SMILEY WANG-EKVALL, LLP, COUNSEL TO THE RECEIVER, FOR THE PERIOD FROM JULY 1, 2022, TO SEPTEMBER 30, 2022 |

Pursuant to Civil Local Rule 7-1(b), the Court determined the matter was suitable for resolution without oral argument and vacated the hearing. The *Application for Allowance and Payment of Fees and Costs Incurred by Smiley Wang-Ekvall, LLP, Counsel to the Receiver, for the Period from July 1, 2022, to September 30, 2022* (the "Application") was unopposed.  For the reasons urged in the Application and the Court having found that notice of the Application was proper,

**IT IS ORDERED AS FOLLOWS:**

(1)     The Application is approved;

(2)     Smiley Wang-Ekvall, LLP, is allowed fees of $24,669.00 and costs of $536.42 for the period from July 1, 2022, to September 30, 2022;

(3) $5,215.50 of the fees were incurred in connection with the issue of recharacterization of certain purchase contracts at Osgood and Almaden and these fees are to be paid by Acres Loan Origination, LLC, pursuant to the Construction Funding Agreement previously approved by the Court; and

(4) The balance of fees is $19,453.50 and is the responsibility of the receivership estate, and the Court authorizes the Receiver to use funds on hand to pay 80% of these fees, or $15,562.80, on an interim basis, and 100% of the costs incurred.

Dated: December 19, 2022

_____
SUSAN ILLSTON
United States District Judge