**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714-445-1000
Facsimile:   714-445-1002

Counsel for David Stapleton, Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>        v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>                        Defendants. | Case No. 3:20-cv-09247-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION OF RECEIVER, DAVID STAPLETON, FOR ORDER POOLING ASSETS AND LIABILITIES BECAUSE THE RECEIVERSHIP ENTITIES OPERATED AS A UNITARY ENTERPRISE**<br><br>**[Memorandum of Points and Authorities and Declarations of Quintin Brown and David Stapleton in Support Thereof Filed Concurrently]** |

("[PROPOSED]" is struck through.)

The hearing on the *Motion of Receiver, David Stapleton, for Order Pooling Assets and Liabilities Because the Receivership Entities Operated as A Unitary Enterprise* was vacated and decided on papers submitted without oral argument. No oppositions were filed. For the reasons set forth in the Motion and the declarations submitted in support and as stated on the record,

**IT IS ORDERED AS FOLLOWS:**

    (1)    The Motion is granted;

    (2)    The assets and liabilities of the Receivership Entities shall be pooled, except that this shall not affect valid liens that are secured by property of the Receivership Estate; and

    (3)    The pooling of liabilities is without prejudice to the ability of the Balbach Investor Group to raise the issue of how the assets are distributed in connection with the Receiver's distribution plan.

Dated: February 13, 2023



SUSAN ILLSTON
United States District Judge

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2930467.1

ORDER