UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>        Plaintiff - Appellee,<br><br>MARWAN NABOULSI and RANA NABOULSI,<br><br>        Creditors - Appellants,<br><br>ACRES LOAN ORIGINATION, LLC,<br><br>        Creditor - Appellee,<br><br> and<br><br>WESTERN ALLIANCE BANK; et al.,<br><br>        Creditors,<br><br>POPPY BANK, FKA First Community Bank; et al.,<br><br>        Creditors,<br><br>DETAIL CONSTRUCTION & WATERPROOFING, INC.,<br><br>        Claimant,<br><br>  v.<br><br>SILICONSAGE BUILDERS, LLC, AKA Silicon Sage Builders; et al., | No. 22-16364<br><br>D.C. No. 3:20-cv-09247-SI<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

Defendants,

CITY VENTURES; et al.,

    Real-party-in-interest,

v.

PARKVIEW FINANCIAL REIT LP,

    Movant,

------------------------------

DAVID P. STAPLETON,

    Receiver - Appellee.

The judgment of this Court, entered June 28, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT