UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID STAPLETON,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA,<br><br>    Defendant. | Case Nos.  5:24-cv-0947 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Susan Illston for consideration of whether the case is related to 3:20-cv-09247 SI, *Securities and Exchange Commission v. SiliconSage Builders, LLC, et al.*

**IT IS SO ORDERED.**

Dated:  August 12, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-04947 NC
SUA SPONTE JUDICIAL REFERRAL