United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC, *et al.*,<br><br>Defendants. | Case No. 20-cv-09247-SI<br>Case No. 24-cv-04947 NC<br><br>**ORDER RELATING CASE**<br><br>Re: Dkt. No. 591 |

Pursuant to Civil Local Rule 3-12, the Court determines that *Stapleton v. JP Morgan Chase Bank, N.A.*, Case No. 24-4947 NC is related to this action. The Clerk shall relate the cases.

**IT IS SO ORDERED**.

Dated: August 13, 2024

SUSAN ILLSTON
United States District Judge