**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, SBN 207959
kandrassy@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for David Stapleton, Receiver

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SILICONSAGE BUILDERS, LLC aka SILICON SAGE BUILDERS and SANJEEV ACHARYA,<br><br>Defendants. | Case No.: 3:20-cv-09247-CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>**ORDER APPROVING NINETEENTH APPLICATION FOR FEES OF THE RECEIVER FOR JANUARY 1, 2026, THROUGH MARCH 31, 2026**<br><br><u>Updated Hearing Date</u>:<br>Date: February 12, 2027<br>Time: 10:00 a.m.<br>Ctrm: 1-17th Floor (Hearing by Zoom) |

The Court having reviewed the *Application for Fees of the Receiver for January 1, 2026, Through March 31, 2026* (the "Application") and having held a hearing at which any appearances were noted on the record, for the reasons set forth in the Application and the Court having found that notice of the Motion was proper,

**IT IS ORDERED AS FOLLOWS:**

1. The Application is approved and the Receiver is allowed fees and expenses for the first quarter of 2026 totaling $190,238.73 on an interim basis;

2. Acres Loan Origination is responsible for the $56,562.00 in fees and expenses of $103.23 incurred in connection with the Osgood and Almaden projects in accordance with the Construction Funding Agreement approved by the Court;

3. The Receiver is authorized to pay $56,803.00 of the fees related to the Chase litigation from available funds, with the remaining 50% balance held back pending further Court order; and

4. The Receiver is authorized to pay 80% of the balance of the fees, or $15,974, from available funds.

Dated: November 23, 2026

CHARLES R. BREYER
United States District Judge